**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* | ) | |
| KENNETH JAMES JONES, Ed.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:07-CV-11481-WGY |
| | ) | |
| BRIGHAM AND WOMEN'S HOSPITAL, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

_____

## Declaration of Martha Isabel Dávila-García, Ph.D.

1.  I am Martha Isabel Dávila-García, Ph.D., Associate Professor, Howard University College of Medicine, Department of  Pharmacology, located in Washington D.C.  A more complete description of my professional background appears in my Curriculum Vitae, a copy of which is attached to my declaration as Exhibit  A.

2.  I have been retained by counsel for relator Kenneth Jones to rebut the matters asserted in the report by defendant's expert, Andrew J. Saykin, and in particular, to provide expert opinions regarding the responsibilities of grantees and applicants within the peer-review based NIH grant application process.  I submit this report in compliance with the requirements of Rule 26 of the Federal Rules of Civil Procedure.

3.  This declaration contains my opinions and the bases thereof.  Each opinion expressed herein is based upon a reasonable degree of certainty, in light of my experience and background.  If called to testify as a witness, I could and would completely testify to the opinions expressed here.

4.   I am very familiar with the NIH grant process, including the drafting and submitting of grant applications and the filing of reports to NIH concerning a grant award. I have been invited by NIH to function as a reviewer of NIH grants.  I am knowledgeable about the peer-review process, instructions for completion of funding proposals, and the NIH Grants Policy Statements and regulations pertaining thereto.

5.   Any discussion of the NIH grant process begins with noting the limited financial resources available to NIH for purposes of approving grants.  Because of economic restraints, NIH has a strict dollar limit on the amount of money it can award through grants, and it cannot exceed that limit.  As a result of the limited funds available, maybe up to 50% of the well-deserving applications are denied federal funding by NIH each year.

6.   When a grant application is submitted to NIH, it must undergo a rigorous peer-review process, conducted by scientist who are familiar with general nature of the research area of the grant application.  These reviewers evaluate the information provided by in the application and evaluate the proposed research project on its potential scientific merit. Each grant proposal is reviewed by a group of peer-reviewers, and each peer-reviewer provides a detailed, written evaluation of the proposal, all of which are summarized, and provided to the applicants.

7.   Through the peer-review process, each grant application is ranked and compared against the other applications submitted for any one funding cycle.   Back in 2000, a proportion of the applications having a possibility of funding would have been given a specific score.  All reviewer scores were averaged and rounded to two decimal places.  This result was multiplied by 100 to give an overall priority score, with a lower

number indicating a higher priority.   The application is then ranked and given a percentile score which shows the relative position of the application's priority score among all scores assigned by a scientific review group at its last three meetings.  In general, in order to be awarded NIH funds, the submitted grant application must be given a priority score and be in the percentile rank below the level set by the particular institute for funding decisions, although other considerations may also play a role in determining funding.

8.   In making its ranking decision, NIH peer reviewers carefully consider several factors, as reflected in the NIH grant application.  Instructions require applicants to include in the proposal a detailed research plan, describing the specific aims of the scientific project, preliminary data and progress reports on the work performed prior to the grant's submission,  the procedures used and proposed to be used during the course of the project, and anticipated problems for the project with proposed solutions.  These disclosures are essential to the peer-review process, as it is the responsibility of the reviewers to provide their best assessment of the chances for success and significance of that success on any given project.

9.   Peer reviewers rely upon the grant application and their own knowledge and experience.  With respect to any grant application under review, however, reviewers usually do not have access to laboratory notebooks, unpublished data or laboratory day-to-day information of the project.  They must rely upon the information provided by the applicants.  For that reason, NIH instructions require the principal investigator and associated research institutions to certify that the statements made "are true, complete and accurate," that any "false, fictitious or fraudulent statements" may subject them to civil penalties, and that they "accept responsibility for the scientific conduct of the project."

10.   Applicants or those who receive federal funding awarded as a result of applications,  are obligated to fully investigate and disclose to NIH any allegation of scientific misconduct in connection with a submitted grant proposal.  NIH and its peer-reviewers assume that such investigations are conducted and disclosed NIH according to the terms of the regulations.  Reviewers would not provide priority scores for an application that relied upon falsified preliminary data, that had made false statements about methodologies followed or that had failed to disclose allegations of scientific misconduct on any one grant proposal.

11.   The Program Project Grant ("PPG") at issue in this case is titled "Age-related changes of cognition in health and disease."  Defendants signed and submitted a five-year funding cycle proposal for the PPG on October 1, 2001, and the grant was awarded November 25, 2002.  The notice of award states: "This award is based upon the application submitted to, and as approved by, the NIH … and is subject to the terms and conditions incorporated either directly or by reference."  Included in the "terms and conditions" incorporated into the grant award is the "NIH Grants Polices Statement, including addenda in effect as of the beginning date of the budget period."  NIH's published Policy Statement in effect at the time a grant is awarded is therefore "incorporated by reference in all NIH awards" and are deemed to be part of the **"**terms and conditions" of any NIH grant award. On page 446 of the subject NIH PPG application, it states:  "The following assurances/certifications are made and verified by the signature of the Official Signing for Applicant Organization on the Face Page of the applications" and  thereafter specifies that the applicant assured and certified compliance with NIH "Research Misconduct" policy.

12.   Within the grant proposal at issue in this case, the applicants make a number of statements that were material to government's funding decision.  Such material information undisputedly included the preliminary data and progress report of the scientists' ongoing research project, as well as the reliability of the blinded methodologies the scientists claimed they followed in validating that data.  In particular, the scientists said that the MRI data generated by the studies represented a "major finding" and significant scientific breakthrough.  They claimed the MRI data showed that measurements of one area of the brain – the Entorhinal Cortex – proved to be "highly predictive" of persons who would convert to Alzheimer's Disease within a few years.  They also stated the MRI data forming the basis of this "major finding" had been generated based on a scientific protocol, including the objective anatomically-based drawing of the boundaries, by trained, experienced and unbiased operators who were blinded to the groupings of the subjects.  Defendants represented that reliability studies had confirmed a high correlation between and among blinded raters (measuring in ranges between 0.94 and 0.99 for Pearson r correlation coefficients).   Each of these statements was required to be made in the grant application, and each is fundamental to the peer review ranking of the application.

13.   In this case, it is my understanding that the MRI project leader – Ronald Killiany – admittedly generated two sets of EC volume measurements from the MRI scans for some of the study subjects.   Defendants relied upon the initial set of measurements for validation of their methodology and they published this data in scientific journals and their report to NIH in the grant application stating that they were using blinded, reliable methodologies.  Killiany's second set of MRI data generated by the changed EC measurements departs significantly from the original data, and these changes are

inconsistent with the results of the reliability study, making it invalid.   Defendants,
however, relied upon this second set of measurements to publish in scientific journals and
report to the NIH in the grant application that they had achieved a significant scientific
breakthrough.  When he conducted his second set of measurements, Killiany did not tell
anyone working on the project, the PI, the scientific journals or NIH that he had generated
two sets of MRI data based on two different EC measurements.  At page 149 of the grant
application it states that "[a]s the PI of the PPG, she [Albert] works closely with each of
the PIs in the planning and conduct of their studies and is very familiar with the nature of
the data sets." Dr. Albert's acknowledgement that she was unaware of the second set of
data until she was told of its existence by Ken Jones in March of 2001 is inconsistent with
this responsibility. Her response after learning that different sets of data had been used for
the reliability tests and the published data should have been to immediately begin an
investigation and to make NIH aware of it.

14.   It is my understanding that the principal investigator in this case, Marilyn
Albert, was told about Killiany's changed MRI data well before defendants accepted the
grant award.  Albert learned of the second set of data from Ken Jones, the project's Core
Leader and statistician and member of the PPG's Executive Committee, and from another
project leader, Keith Johnson.  She acknowledges that Jones' allegations implied scientific
misconduct that struck at a central pillar of the grant proposal  – *i.e.,* whether Killiany had
fraudulently manipulated the second set of EC measurements, not blinded to the groupings
of the study subjects, so as to magnify the differences between those groupings, and prove
the hypothesis that defendants had wanted to establish.

15.   Dr. Saykin's report discusses Dr. Albert's response to this concern that Killiany's data may have been altered in order to prove the hypothesis. Saykin concludes in paragraph 24 of his report that all that was required on the part of Albert to resolve this concern was to ask a prominent neuroanatomist, Dr. Mark Moss, to review Killiany's measurements and provide his analysis as to the "accuracy" of the re-measurements. Saykin further opines there was "no need to report what had happened to anyone."   This conclusion reached by Dr. Saykin fundamentally misconstrues the requirements imposed on Albert, as well as the other scientists responsible for the grant application, to inquire, investigate and report in a fair and timely manner the investigation of potential misconduct.

16.   NIH's "Research Misconduct Policy states, in part:

> Research Misconduct
>
> **The grantee will inquire into and, if necessary, investigate and resolve promptly and fairly all instances of alleged or apparent research misconduct.** Regulations at 42 CFR Part 50, Subpart A, **"Responsibilities for PHS Awardee and Applicant Institutions for Dealing with and Reporting Possible Misconduct in Science,"** specify grantee responsibilities in dealing with and reporting possible research misconduct. **The signature of the authorized organizational official on the application certifies that the organization has established administrative policies as required by and will comply with those policies and the requirements of the regulations**. . . **The grantee shall report promptly to ORI any incident of alleged or apparent research misconduct that it judges as warranting investigation and must advise ORI of any decision to initiate an investigation**. The regulations also require that the grantee submit an annual report (see "Administrative Requirements—Monitoring—Reporting").
>
> \* \* \*
>
> **The grantee is responsible for the actions of its employees and other research collaborators, including third parties, involved in the project** . . . A finding of research misconduct may result in a range of possible sanctions by NIH, including, but not limited to, withdrawal of approval of

the PI or other key personnel, debarment, disallowance of costs associated
with the invalid or unreliable research, withholding of all or part of a
continuation award, and/or suspension or termination, in whole or in part, of
the current award. These actions are described in 'Administrative
Requirements—Enforcement Actions.'

Where the validity or reliability of data has been affected by research
misconduct, the grantee and its employee/collaborator authors are
responsible for submitting a correction or retraction of the data to a journal,
as appropriate, and/or publishing the corrected data, if required. . .

17. Jones was a member of the PPG's executive committee and the statistician for
the Project.  His questioning of the validity of the data should have never been ignored.  To
the contrary, it should have become Dr. Albert's priority to launch an inquiry, and if
necessary an immediate investigation.  Dr. Albert should have put everything regarding
this information on hold until an investigation regarding the alleged misconduct was
completed.  Albert recognized that the second set of measures "altered the statistical
significance" of the results previously published and admitted to Jones that his allegation
"needed to be investigated."   Her realization that Jones' concerns needed to be
investigated triggered on the part of Albert and Massachusetts General Hospital a
mandatory obligation to conform to the investigation standards and reporting requirements
set forth in NIH's Misconduct Policy to promptly report the need to initiate an
investigation to ORI.  If the inquiry could not have been completed within 60 days, Albert
was obligated to prepare a document explaining the reason for the delay.  In my opinion,
there can be no doubt that Albert failed to timely initiate or complete an inquiry into the
concerns raised by Jones as required by the regulations.  Acceptance of the grant
continuation award without doing so constitutes a knowing acceptance of federal funds to
which they were not entitled under the terms and conditions of the grant.

18.   Not only was the inquiry not timely, it was not conducted according to federal
requirements.  Since an investigation was necessary, 42 § 50.103(d)(8)-(9) required Albert
to seek out someone with "appropriate expertise to carry out a thorough and authoritative

evaluation of the relevant evidence in any inquiry or investigation" and to ensure that such an individual is free of any "real or apparent conflicts of interest." Instead, Albert initially asked Killiany himself to remeasure the cases Jones identified as having been altered, intending to have Moss check only whether he agreed with Killinay's remeasurements. Albert's attempt to permit Killiany to check the validity of his own manipulated data violated her obligation to seek out individuals free from any real or apparent conflict of interest. It was wholly inappropriate for Albert to avoid the obligation to obtain review by a neutral investigator because there was, in her mind, insufficient funding to employ a neuro-anatomist to validate the re-measurements. I cannot accept this as a valid excuse not to select an impartial third party to review the scans. If this was the case, she should have seeked council from ORI as well as her institutions Director of Grants and Contracts. Moreover, Moss was Killinay's boss and mentor, and the chairman of the Department of anatomy and neurobiology at Boston University School of Medicine. At the very least he would appear to also have a conflict of interest and be biased to protect the reputation of his Department and its members. Moss was also conflicted as he was a recipient of PPG funding and the co-author on the paper submitted by Killiany and Albert in 2000. Selection of Dr. Moss to investigate these concerns was improper.

19. Albert was also required to prepare a "written report" setting forth what evidence was reviewed, what interviews were taken and conclusions reached. Albert failed to do so. It is my understanding that the only document Moss actually prepared in this investigation was a set of handwritten notes he provided to Killiany. The notes were never requested by or provided to Albert. The typewritten list (Killiany Deposition Exhibit 86) does not qualify in the least as the type of report required under the Research Misconduct Policy. Not only does Moss deny authoring the document Killiany provided as evidence for the need of performing remeasurements, he denies having seen it until just before his August 2010 deposition and could not testify to the matters stated therein.

Obviously, Killiany should not have been permitted to prepare a report on his own wrongdoing.  While Albert admits to having taken some notes, she claims to have discarded them.  The failure to maintain her notes, and all of the documents necessary to conduct a full investigation were required to be kept for the life of the grant plus three years, as mandated by 45 C.F.R. section 74.53(b), a copy of which is appears as exhibit D to my declaration.

20. Albert was obligated to protect "the privacy of those who in good faith report apparent misconduct," in this case Jones, "to the maximum extent possible."  Moss acknowledges that Albert mentioned to him that the concerns had been raised by Jones. Moreover, Killiany's transmittal of Exhibit 86 to Jones identifies that he was alerted to the fact that Jones had raised allegations against him.

21. Ultimately, Albert had full access to all of the data and scans, and she knew the facts and circumstances giving rise to the necessary conclusion that an investigation was warranted.  The principal investigator admits that the project statistician objected to the secret generation of a second set of data, he refused to drop his concerns or handle Killiany's MRI data, and he required that all of the MRI EC boundaries be remeasured by someone other than Killiany.  Any reasonable investigation as required by NIH regulations had to resulted in an impartial inquiry that generated and preserved documentation of the allegations and findings and that would have necessarily led to a full and complete disclosure to NIH.   In this case, Albert and the research institutions must have known that they were obtaining NIH funding on the basis of false and misleading statements in the grant application, and in violation of the regulation requiring investigation into the scientific misconduct.

22.   Saykin claims "it was not necessary" for Albert to include discussion of the re-measurements in the PPG application.  I disagree.  In his report, the defense expert does not discuss how the second set of measures were known only to Killiany; that the

magnitude of the changes did not coincide with the reliability study; that the changes were directed at the smallest original entorhinal cortex volumes and not to the smallest volumes in the other two groupings; these alterations were responsible for the "major finding" reported to NIH.   Defendants statements in the grant application made clear that in their representations they followed blinded, reliable methodologies, including the statement that "Inter-rater reliabilities for the manually drawn ROIs ranged from 0.92-0.99" (MBAK 327); "We believe that this measure is reliable" (MBAK 337); and "The procedures in place for generating the manually drawn image maps have been demonstrated to have high reliability.  Inter-rater reliability for these ROIs ranges between r=0.94-0.99 (Sandor et al., 1992; Killiany et al., 1993; Killiany et al., 2000)" (MBAK 338).   Defendants were obligated to disclose to NIH that the data generated to support the hypothesis in fact had not been generated pursuant to a blinded, reliable methodology, and in fact, the project's statistician considered the data to be unusable.  Dr. Jones' identification of the systematic alteration of the smallest measures of the normals grouping into the largest measures was a superseding event that had to be explained if the data was going to be relied upon.

23. In my opinion, at a minimum, before the data could be relied upon and cited in the PPG Renewal Application Albert had to document that she conducted a meaningful inquiry/investigation of Jones' allegations, which she failed to do.  In my opinion, Albert painted a false impression of the actual data generated by the blinded, reliable methodologies, by failing to report: 1) undisclosed changes made to the original reliability data and changes made in the research group data, 2) false data in the published papers and 3) false data presented in the grant as preliminary data, and by failing to report and adequately investigate scientific misconduct.

<u>Data and Information Considered in Forming Expert Opinions</u>

A list of the documents and other materials I have reviewed in connection with the preparation of this report is as follows:

1.  A copy of the Program Project Grant application titled "Age-related changes of cognition in health and disease," MBAK 1-434;

2.  Copies of the "Pink Sheets" MBAK 1386-1428;

3.  The paper by Dr. Killiany et al entitled "Use of Structural Magnetic Resonance Imaging to Predict Who Will Get Alzheimer's Disease", (Killiany Deposition Ex. 81);

4.  The paper by Dr. Killiany, et al tilted "MRI measures of entorhinal cortex vs. hippocampus in preclinical AD (MBAK 1724-1734);

5.  Transcript from the deposition of Dr. Marilyn Albert;

6.  Transcript from the deposition of Mark Moss;

7.  March 15 Email (Jones document production 1266-67);

8.  Killiany Deposition Exhibits 85 and 86;

9.  Email dated July 27, 2001 from Killiany to Jones and Johnson;

10.  Expert Report of Andrew J. Saykin.

11.  Defendants' Rule 56.1 Statement of Undisputed Material Facts

12.  Expert Report of Norbert Schuff (including appendix)

13.  Expert Report of Daniel Teitelbaum

14.  45 CFR section 74.53

15.  http://projectreporter.NIH.gov

16.  http://grants.NIH.gov

Expert Qualifications

My qualifications, including a list of all publications authored by me within the last 10 years, are set forth in my curriculum vitae, which is attached as Exhibit A.

Recent Testimony

I have not testified as an expert witness or appeared at deposition or at trial as an expert witness elsewhere.

<u>Compensation</u>

I am being compensated at an hourly rate of $600 per hour for the time required for review, analysis, and testimony.  My fees are not contingent and not based upon the expert opinions I express in this report, at my deposition or at the trial.

I declare under penalty of perjury under the laws of the United States, as provided

in 28 U.S.C. §1746, that the foregoing is true and correct to the best of my knowledge,

information and belief. Executed this 15th day of September, 2010.

Martha Isabel Dávila-García

# Exhibit A

**Exhibit B – Excerpts from**

# NIH Grants Policy Statement (03/01)

**Part II: Terms and Conditions of NIH Grant Awards
Subpart A: General -- Part 1 of 7**

[ Search Policy Statement ]   [ Table of Contents ]   [ Previous Document ]   [ Next Document ]

# Part II: Terms and Conditions of NIH Grant Awards

# Subpart A: General

## COMPLETING THE PREAWARD PROCESS

\*   \*   \*

## PUBLIC POLICY REQUIREMENTS AND OBJECTIVES

The following subsections deal with public policy requirements and objectives applicable to NIH awards. The term "public policy" indicates that the requirement is based on social, economic, or other objectives or considerations that may be attached to the expenditure of Federal funds by grantees, consortium participants, and contractors, in general, or may relate to the expenditure of Federal funds for research or other specified activities. In addition to cross-cutting requirements that apply to Federal agencies and their grant programs, NIH grantees are subject to requirements contained in NIH's annual appropriations acts that apply to the use of NIH grant funds. Some of those requirements are included here since they have been included in

the appropriations acts for several years without change, but those requirements may be changed or other requirements may be added in the future.

NIH intends to uphold high ethical, health, and safety standards in both the conduct of the research it funds and the expenditure of public funds by its grantees. The public policy requirements specified in this section set many of those standards. The signature of the authorized organizational official on the application certifies that the organization is in compliance with, or intends to comply with, all applicable certifications and assurances referenced (and, in some cases, included) in the application package. These include the following as discussed in this section:

• Debarment and Suspension (specific certification language included in application package)
• Drug-Free Workplace
• Lobbying (specific certification language included in application package)
• Financial Conflict of Interest
• Research Misconduct and Instruction in the Responsible Conduct of Research
• Delinquent Federal Debt
• Human Pluripotent Stem Cell Research
• Human Subjects
• Research on Transplantation of Fetal Tissue
• Vertebrate Animals
• Inclusion of Women, Children, and Minorities in Clinical Research
• Age Discrimination
• Civil Rights
• Sex Discrimination
• Handicapped Individuals

As noted in this section, some certifications and assurances may require submission of a separate document (e.g., human subjects assurance, Institutional Review Board certification, and civil rights assurance). Applicants and grantees should take particular note of these requirements (for example, see "Human Subjects" and "Civil Rights"), the absence or inadequacy of which may delay an award or make an applicant ineligible for award.

The grantee is responsible for establishing and maintaining the necessary processes to monitor its compliance and that of its employees, consortium participants, and contractors with these requirements, taking appropriate action to meet the stated objectives, and informing NIH of any problems or concerns.

If a grant is awarded on the basis of false or misrepresented information, or if a grantee does not comply with these public policy requirements, NIH may take any necessary and appropriate action, including using any of the remedies described in "Administrative Requirements—Enforcement Actions" or other available legal remedies.

Table II-1 is provided to assist the grantee in determining the applicability of particular public policy requirements and objectives to its own activities as well as in determining whether to include a requirement in a consortium agreement or a contract for routine goods or services under the grant (see "Glossary" for definitions). The table distinguishes between these types of transactions under a grant and indicates whether a given public policy requirement would normally apply. However, even if the table indicates a requirement is "Not Applicable," that public policy requirement could potentially be applicable in a specific situation, e.g., if a contract under a grant involves research activity. Therefore, this table should be used as general guidance only. The grantee should consult the terms and conditions of its award and contact the designated GMO if there is any question concerning the applicability of a particular public policy requirement or objective.

The listing in Table II-1 indicates where, in this policy statement, the individual public policy requirements and objectives are covered in more detail. However, the governing statute, regulations, or other cited policies or documents should be consulted for complete information.

●   *   *

Research Misconduct

The grantee will inquire into and, if necessary, investigate and resolve promptly and fairly all instances of alleged or apparent research misconduct. Regulations at 42 CFR Part 50, Subpart A, "Responsibilities for PHS Awardee and Applicant Institutions for Dealing with and Reporting Possible Misconduct in Science," specify grantee responsibilities in dealing with and reporting possible research misconduct. The signature of the authorized organizational official on the application certifies that the organization has established administrative policies as required by 42 CFR 50, Subpart A, and will comply with those policies and the requirements of the regulations The regulations are available from the Office of Research Integrity (ORI) on its home page (http://www.ori.dhhs.gov) and, in hard copy, at the address shown in Part III.

As stated throughout this NIH GPS, the primary responsibility for ensuring that an NIH-funded project is being conducted in accordance with the approved application and budget and the terms and conditions of the award rests with the grantee. These responsibilities must be carried out with extra care where research misconduct has been found or where a research misconduct investigation has been initiated, as specified in 42 CFR 50.103 and 50.104. The grantee shall report promptly to ORI any incident of alleged or apparent research misconduct that it judges as warranting investigation and must advise ORI of any decision to initiate an investigation. The regulations also require that the grantee submit an annual report (see "Administrative Requirements—Monitoring—Reporting").

If a misconduct investigation has been initiated, the grantee must take any necessary steps, in addition to its normal and ongoing responsibilities under the grant, to protect the scientific integrity of the project(s), protect human subjects and animals, provide reports to ORI, and ensure the proper expenditure of funds and continuation of the project during the conduct of the investigation, if appropriate. ORI staff are available to assist grantees with respect to research misconduct investigations and reporting, and IC staff are available to provide technical assistance and to work jointly with grantees to protect funded

projects from the adverse effects of research misconduct.

The grantee is responsible for the actions of its employees and other research collaborators, including third parties, involved in the project. When a finding of research misconduct has been made regarding conduct by an individual(s) working on an NIH grant-supported project, whether at the grantee organization or at a third-party organization, the grantee must assess the effect of that finding on the ability to continue that project, as originally approved by NIH, and must promptly obtain NIH approval of any intended change of PI or other key personnel. A finding of research misconduct may result in a range of possible sanctions by NIH, including, but not limited to, withdrawal of approval of the PI or other key personnel, debarment, disallowance of costs associated with the invalid or unreliable research, withholding of all or part of a continuation award, and/or suspension or termination, in whole or in part, of the current award. These actions are described in "Administrative Requirements—Enforcement Actions."

Where the validity or reliability of data has been affected by research misconduct, the grantee and its employee/collaborator authors are responsible for submitting a correction or retraction of the data to a journal, as appropriate, and/or publishing the corrected data, if required. ORI or NIH may require corrections or retractions. If the grantee does not comply with this requirement, NIH may invoke its rights, under 45 CFR Part 74 or 92, to access the data, including copyrightable material developed under the award, have the data reviewed, and submit the correction.

Issues involving potential criminal violations, such as misappropriation of Federal funds, must be promptly reported to the HHS Office of the Inspector General (see Part III).

# Exhibit  C

## Handling Misconduct - Reg SubPart A

**42 C.F.R. Part 50--Policies of General Applicability**
Subpart A--Responsibility of PHS Awardee and Applicant Institutions for Dealing With and Reporting Possible Misconduct in Science

**Subpart A--Responsibility of PHS Awardee and Applicant Institutions for Dealing With and Reporting Possible Misconduct in Science**
Authority: Sec. 493, Public Health Service Act, as amended, 99 Stat. 874-875 (42 U.S.C. 289b); Sec. 501(f), Public Health Service Act, as amended, 102 Stat. 4213 (42 U.S.C. 290aa(f)).

Source: 54 FR 32449, Aug. 8, 1989, unless otherwise noted.

**§ 50.101 Applicability.**
This subpart applies to each entity which applies for a research, research-training, or research-related grant or cooperative agreement under the Public Health Service (PHS) Act. It requires each such entity to establish uniform policies and procedures for investigating and reporting instances of alleged or apparent misconduct involving research or research training, applications for support of research or research training, or related research activities that are supported with funds made available under the PHS Act. This subpart does not supersede and is not intended to set up an alternative to established procedures for resolving fiscal improprieties, issues concerning the ethical treatment of human or animal subjects, or criminal matters.

**§ 50.102 Definitions.**
As used in this subpart:

Act means the Public Health Service Act, as amended, (42 U.S.C. 201, et seq.).

Inquiry means information gathering and initial factfinding to determine whether an allegation or apparent instance of misconduct warrants an investigation.

Institution means the public or private entity or organization (including federal, state, and other agencies) that is applying for financial assistance from the PHS, e.g., grant or cooperative agreements, including continuation awards, whether competing or noncompeting. The organization assumes legal and financial accountability for the awarded funds and for the performance of the supported activities.

Investigation means the formal examination and evaluation of all relevant facts to determine if misconduct has occurred.

Misconduct or Misconduct in Science means fabrication, falsification, plagiarism, or other practices that seriously deviate from those that are commonly accepted within the scientific community for proposing, conducting, or reporting research. It does not include honest error or honest differences in interpretations or judgments of data.

OSI means the Office of Scientific Integrity, a component of the Office of the Director of the National Institutes for Health (NIH), which oversees the implementation of all PHS policies and procedures related to scientific misconduct; monitors the individual investigations into alleged or suspected scientific misconduct conducted by institutions that receive PHS funds for biomedical or behavioral research projects or programs; and conducts investigations as necessary.

OSIR means the Office of Scientific Integrity Review, a component of the Office of the Assistant Secretary for Health, which is responsible for establishing overall PHS policies and procedures for dealing with misconduct in science, overseeing the activities of PHS research agencies to ensure that these policies and procedures are implemented, and reviewing all final reports of investigations to assure that any findings and recommendations are sufficiently documented. The OSIR also makes final recommendations to the Assistant Secretary for Health on whether any sanctions should be imposed and, if so, what they should be in any case where scientific misconduct has been established.

PHS means the Public Health Service, an operating division of the Department of Health and Human Services (HHS). References to PHS include organizational units within the PHS that have delegated authority to award financial assistance to support scientific activities, e.g., Bureaus, Institutes, Divisions, Centers or Offices.

Secretary means the Secretary of Health and Human Services and any other officer or employee of the Department of Health and Human Services to whom the authority involved may be delegated.

### § 50.103 Assurance - Responsibilities of PHS awardee and applicant institutions.

(a) Assurances. Each institution that applies for or receives assistance under the Act for any project or program which involves the conduct of biomedical or behavioral research must have an assurance satisfactory to the Secretary that the applicant:

(1) Has established an administrative process, that meets the requirements of this Subpart, for reviewing, investigating, and reporting allegations of misconduct in science in connection with PHS-sponsored biomedical and behavioral research conducted at the applicant institution or sponsored by the applicant; and

(2) Will comply with its own administrative process and the requirements of this

Subpart.

(b) Annual Submission. An applicant or recipient institution shall make an annual submission to the OSI as follows:
(1) The institution's assurance shall be submitted to the OSI, on a form prescribed by the Secretary, as soon as possible after November 8, 1989, but no later than January 1, 1990, and updated annually thereafter on a date specified by OSI. Copies of the form may be requested through the Director, OSI.

(2) An institution shall submit, along with its annual assurance, such aggregate information on allegations, inquiries, and investigations as the Secretary may prescribe.

(c) General Criteria. In general, an applicant institution will be considered to be in compliance with its assurance if it:
(1) Establishes, keeps current, and upon request provides the OSIR, the OSI, and other authorized Departmental officials the policies and procedures required by this subpart.

(2) Informs its scientific and administrative staff of the policies and procedures and the importance of compliance with those policies and procedures.

(3) Takes immediate and appropriate action as soon as misconduct on the part of employees or persons within the organization's control is suspected or alleged.

(4) Informs, in accordance with this subpart, and cooperates with the OSI with regard to each investigation of possible misconduct.

(d) Inquiries, Investigations, and Reporting--Specific Requirements. Each applicant's policies and procedures must provide for:

(1) Inquiring immediately into an allegation or other evidence of possible misconduct. An inquiry must be completed within 60 calendar days of its initiation unless circumstances clearly warrant a longer period. A written report shall be prepared that states what evidence was reviewed, summarizes relevant interviews, and includes the conclusions of the inquiry. The individual(s) against whom the allegation was made shall be given a copy of the report of inquiry. If they comment on that report, their comments may be made part of the record. If the inquiry takes longer than 60 days to complete, the record of the inquiry shall include documentation of the reasons for exceeding the 60-day period.

(2) Protecting, to the maximum extent possible, the privacy of those who in good faith report apparent misconduct.

(3) Affording the affected individual(s) confidential treatment to the maximum extent possible, a prompt and thorough investigation, and an opportunity to

comment on allegations and findings of the inquiry and/or the investigation.

(4) Notifying the Director, OSI, in accordance with § 50.104(a) when, on the basis of the initial inquiry, the institution determines that an investigation is warranted, or prior to the decision to initiate an investigation if the conditions listed in § 50.104(b) exist.

(5) Notifying the OSI within 24 hours of obtaining any reasonable indication of possible criminal violations, so that the OSI may then immediately notify the Department's Office of Inspector General.

(6) Maintaining sufficiently detailed documentation of inquiries to permit a later assessment of the reasons for determining that an investigation was not warranted, if necessary. Such records shall be maintained in a secure manner for a period of at least three years after the termination of the inquiry, and shall, upon request, be provided to authorized HHS personnel.

(7) Undertaking an investigation within 30 days of the completion of the inquiry, if findings from that inquiry provide sufficient basis for conducting an investigation. The investigation normally will include examination of all documentation, including but not necessarily limited to relevant research data and proposals, publications, correspondence, and memoranda of telephone calls. Whenever possible, interviews should be conducted of all individuals involved either in making the allegation or against whom the allegation is made, as well as other individuals who might have information regarding key aspects of the allegations; complete summaries of these interviews should be prepared, provided to the interviewed party for comment or revision, and included as part of the investigatory file.

(8) Securing necessary and appropriate expertise to carry out a thorough and authoritative evaluation of the relevant evidence in any inquiry or investigation.

(9) Taking precautions against real or apparent conflicts of interest on the part of those involved in the inquiry or investigation.

(10) Preparing and maintaining the documentation to substantiate the investigation's findings. This documentation is to be made available to the Director, OSI, who will decide whether that Office will either proceed with its own investigation or will act on the institution's findings.

(11) Taking interim administrative actions, as appropriate, to protect Federal funds and insure that the purpose of the Federal financial assistance are carried out.

(12) Keeping the OSI apprised of any developments during the course of the investigation which disclose facts that may affect current or potential Department of Health and Human Services funding for the individual(s) under investigation or that the PHS needs to know to ensure appropriate use of Federal funds and

otherwise protect the public interest.

(13) Undertaking diligent efforts, as appropriate, to restore the reputations of persons alleged to have engaged in misconduct when allegations are not confirmed, and also undertaking diligent efforts to protect the positions and reputations of those persons who, in good faith, make allegations.

(14) Imposing appropriate sanctions on individuals when the allegation of misconduct has been substantiated.

(15) Notifying the OSI of the final outcome of the investigation.

## § 50.104 Reporting to the OSI.

(a)

(1) An institution's decision to initiate an investigation must be reported in writing to the Director, OSI, on or before the date the investigation begins. At a minimum, the notification should include the name of the person(s) against whom the allegations have been made, the general nature of the allegation, and the PHS application or grant number(s) involved. Information provided through the notification will be held in confidence to the extent permitted by law, will not be disclosed as part of the peer review and Advisory Committee review processes, but may be used by the Secretary in making decisions about the award or continuation of funding.

(2) An investigation should ordinarily be completed within 120 days of its initiation. This includes conducting the investigation, preparing the report of findings, making that report available for comment by the subjects of the investigation, and submitting the report to the OSI. If they can be identified, the person(s) who raised the allegation should be provided with those portions of the report that address their role and opinions in the investigation.

(3) Institutions are expected to carry their investigations through to completion, and to pursue diligently all significant issues. If an institution plans to terminate an inquiry or investigation for any reason without completing all relevant requirements under 50.103(d), a report of such planned termination, including a description of the reasons for such termination, shall be made to OSI, which will then decide whether further investigation should be undertaken.

(4) The final report submitted to the OSI must describe the policies and procedures under which the investigation was conducted, how and from whom information was obtained relevant to the investigation, the findings, and the basis for the findings, and include the actual text or an accurate summary of the views of any individual(s) found to have engaged in misconduct, as well as a description of any sanctions taken by the institution.

(5) If the institution determines that it will not be able to complete the investigation in 120 days, it must submit to the OSI a written request for an extension and an

explanation for the delay that includes an interim report on the progress to date and an estimate for the date of completion of the report and other necessary steps. Any consideration for an extension must balance the need for a thorough and rigorous examination of the facts versus the interests of the subject(s) of the investigation and the PHS in a timely resolution of the matter. If the request is granted, the institution must file periodic progress reports as requested by the OSI. If satisfactory progress is not made in the institution's investigation, the OSI may undertake an investigation of its own.

(6) Upon receipt of the final report of investigation and supporting materials, the OSI will review the information in order to determine whether the investigation has been performed in a timely manner and with sufficient objectivity, thoroughness and competence. The OSI may then request clarification or additional information and, if necessary, perform its own investigation. While primary responsibility for the conduct of investigations and inquiries lies with the institution, the Department reserves the right to perform its own investigation at any time prior to, during, or following an institution's investigation.

(7) In addition to sanctions that the institution may decide to impose, the Department also may impose sanctions of its own upon investigators or institutions based upon authorities it possesses or may possess, if such action seem appropriate.

(b) The institution is responsible for notifying the OSI if it ascertains at any stage of the inquiry or investigation, that any of the following conditions exist:
(1) There is an immediate health hazard involved;

(2) There is an immediate need to protect Federal funds or equipment;

(3) There is an immediate need to protect the interests of the person(s) making the allegations or of the individual(s) who is the subject of the allegations as well as his/her co-investigators and associates, if any;

(4) It is probable that the alleged incident is going to be reported publicly.

(5) There is a reasonable indication of possible criminal violation. In that instance, the institution must inform OSI within 24 hours of obtaining that information. OSI will immediately notify the Office of the Inspector General.

### §50.105 Institutional compliance.
Institutions shall foster a research environment that discourages misconduct in all research and that deals forthrightly with possible misconduct associated with research for which PHS funds have been provided or requested. An institution's failure to comply with its assurance and the requirements of this subpart may result in enforcement action against the institution, including loss of funding, and may lead to the OSI's conducting its own investigation.

# Exhibit D

[Code of Federal Regulations]
[Title 45, Volume 1, Parts 1 to 199]
[Revised as of October 1, 2000]
From the U.S. Government Printing Office via GPO Access
[CITE: 45CFR74.53]

[Page 222-223]

## TITLE 45--PUBLIC WELFARE

## AND HUMAN SERVICES

## PART 74--UNIFORM ADMINISTRATIVE REQUIREMENTS FOR AWARDS AND SUBAWARDS TO INSTITUTIONS OF HIGHER EDUCATION, HOSPITALS, OTHER NONPROFIT ORGANIZATIONS, AND

### Subpart C--Post-Award Requirements

Sec. 74.53  Retention and access requirements for records.

(a) This section sets forth requirements for record retention and access to records for awards to recipients.

(b) Financial records, supporting documents, statistical records, and all other records pertinent to an award shall be retained for a period of three years from the date of submission of the final expenditure report or, for awards that are renewed quarterly or annually, from the date of the submission of the quarterly or annual financial report. The only exceptions are the following:

(1) If any litigation, claim, financial management review, or audit is started before the expiration of the 3-year period, the records shall be retained until all litigation, claims or audit findings involving the records have been resolved and final action taken.

(2) Records for real property and equipment acquired with Federal funds shall be retained for 3 years after final disposition.

(3) When records are transferred to or maintained by the HHS

awarding agency, the 3-year retention requirement is not applicable to the recipient.

(4) Indirect cost rate proposals, cost allocations plans, etc., as specified in Sec. 74.53(g).

(c) Copies of original records may be substituted for the original records if authorized by the HHS awarding agency.

(d) The HHS awarding agency will request transfer of certain records to its custody from recipients when it determines that the records possess long term retention value. However, in order to avoid duplicate recordkeeping, the HHS awarding agency may make arrangements for recipients to retain any records that are continuously needed for joint use.

(e) HHS awarding agencies, the HHS Inspector General, the U.S. Comptroller General, or any of their duly authorized representatives, have the right of timely and unrestricted access to any books, documents, papers, or other records of recipients that are pertinent to the awards, in order to make audits, examinations, excerpts, transcripts and copies of such documents. This right also includes timely and reasonable access to a recipient's personnel for the purpose of interview and discussion related to such documents. The rights of access in this paragraph are not limited to the required retention period, but shall last as long as records are retained.

(f) Unless required by statute, the HHS awarding agency will not place restrictions on recipients that limit public access to the records of recipients that are pertinent to an award, except when the HHS awarding agency can demonstrate that such records shall be kept confidential and would have been exempted from disclosure pursuant to the Freedom of Information Act, 5 U.S.C. 552, if the records had belonged to the HHS awarding agency.

(g) Paragraphs (g)(1) and (g)(2) of this section apply to the following types of

[[Page 223]]

documents, and their supporting records: Indirect cost rate computations or proposals, cost allocation plans, and any similar accounting computations of the rate at which a particular group of costs is chargeable (such as computer usage chargeback rates or composite fringe benefit rates).

(1) If the recipient submits to the Federal Government or the

subrecipient submits to the recipient the proposal, plan, or other computation to form the basis for negotiation of the rate, then the 3-year retention period for its supporting records starts on the date of such submission.

(2) If the recipient is not required to submit to the Federal Government or the subrecipient is not required to submit to the recipient the proposal, plan, or other computation for negotiation purposes, then the 3-year retention period for the proposal, plan, or other computation and its supporting records starts at the end of the fiscal year (or other accounting period) covered by the proposal, plan, or other computation.

EXHIBIT A

# Martha Isabel Dávila-García, Ph.D.

### *Curriculum Vitae*
September 1, 2010

**Address**:        Work:  Howard University College of Medicine
                                Department of Pharmacology
                                Suite 3408, Adams Bldg.
                                520 W. St. N.W.
                                Washington, DC 20059

**Telephones**:   Work:  (202)806-9768,-9767, -7834
                        Fax:     (202)806-4453
                        E-mail: mdavila-garcia@howard.edu

**Date and Place of Birth**:          November 11, 1959.  Philadelphia, PA, USA

**Web sites:**
http://www.med.howard.edu/pharmacology/
http://www.biomedexperts.com/Profile.bme/293545/Martha_I_Dávila-García
https://www.aspet.org/committees/

## EDUCATION:

| | | |
|---|---|---|
| Bachelor of Science (B.S.) | August 1982. | Biology, Slippery Rock University, Slippery Rock, PA |
| Cytotechnology (CT, ASCP) | August 1983. | Univ. Health Center of Pittsburgh, Pittsburgh, PA |
| Master of Science (M.S.) | October 1986. | Biology-Neuroscience, New York University, New York, NY |
| Doctor of Philosophy (Ph.D.) | May 1989. | Biology-Neuroscience, New York University, New York, NY |

Ph.D. Thesis:                    "Neuropeptides as neuronal growth regulatory factors on serotonergic maturation".
                Advisor:  Efrain C. Azmitia, Ph.D. New York University, New York, NY 10003

## PROFESSIONAL EMPLOYMENT:

| | | |
|---|---|---|
| Research Assistant | 1984 - 1986 | New York University, Dept. of Biology, New York, NY 10003. |
| Instructor | 1988 - 1989 | New York College of Podiatric Medicine, New York, NY 10037. |
| Postdoctoral Fellow | 1989 - 1991 | Univ. of California at Irvine, Dept. of Pharmacology, Irvine, CA 92717. |
| Postdoctoral Fellow | 1991 - 1996 | Georgetown University, Dept. of Pharmacology, Washington, DC 20007. |
| Assistant Professor | 1996 - 1999 | Georgetown University, Dept. of Pharmacology and Interdisciplinary Program in Neuroscience, Washington, DC 20007. |
| Assistant Professor | 1999 - 2005 | Howard University College of Medicine, Dept. of Pharmacology, Washington, DC 20059. |
| Associate Professor | 2005 – Present | Howard University College of Medicine, Dept. of Pharmacology, Washington, DC 20059. |

## HONORS, FELLOWSHIPS, AWARDS, AND RECOGNITIONS:

| | |
|---|---|
| Gladys Mateyko Award for Excellence in Biology, NYU | 1987 |
| Dean's Dissertation Fellowship Award, NYU | 1989 |
| Key Pin Award for Excellence in Research, NYU Alumnae | 1989 |
| Distinguished Faculty Author, Howard University | 2000 – Present |
| Graduate Faculty Ph.D. Productivity Award, Howard University | 2004-2005 |

## SOCIETIES AND ORGANIZATIONS:

| | |
|---|---|
| Society for Neuroscience | 1985 – Present |
| Society for Nicotine and Tobacco Research | 1994 – 2004 |
| American Society for Pharmacology and Experimental Therapeutics (ASPET) | 1997 – Present |
|     Chair, Diversity Committee    (2008 – Present) | |

## INSTITUTIONAL SERVICE/ADMINISTRATION:

| | |
|---|---|
| Member Postdoctoral Grievance Committee<br>Georgetown University School of Medicine | 1996-1999 |
| Reviewer, Eli Lilly-Howard University<br>Scholarship Graduate/Professional Scholarship<br>Howard University College of Medicine | 2000 |
| Graduate Students Committee<br>Department of Pharmacology<br>Howard University College of Medicine | 2000 - Present |
| Seminar Series Coordinator<br>Department of Pharmacology<br>Howard University College of Medicine | 2001 - 2003 |
| Course Co-Coordinator<br>Sophomore Dental Pharmacology<br>Howard University College of Medicine | 2002 – 2003 |
| Member of the LCME Reviewer Faculty Committee<br>Self-Study Task Force,<br>Howard University College of Medicine | 2001 |
| Admissions and Interview Committee<br>Howard University College of Medicine | 2004 - Present |

2

Course Coordinator                                             2004 -2006
Sophomore Dental Pharmacology                                  2008 - Present
Howard University College of Medicine

Member of the Executive Committee                              2004- Present
Department of Pharmacology
Howard University College of Medicine

Representative for Howard University                           2004- Present
DC Consortium of Pharmacology Programs
Department of Pharmacology
Howard University College of Medicine

Curriculum Committee                                           2004 - Present
Member
Department of Pharmacology
Howard University College of Medicine

Student Grievance Committee                                    2004 - 2006
Chair
Howard University College of Medicine

Advisory Committee HUTEP-AGEP for the Graduate School          2004 - 2005
Member
Howard University Graduate School

ADVANCE Advisory Committee for the Dean, Graduate School       2004 - 2005
Member
Howard University Graduate School

Director of Graduate Studies                                   2005 - 2007
Department of Pharmacology
Howard University College of Medicine

Dean Search Committee, Member                                  June 2005 - June 2006
Howard University College of Medicine

Faculty Search Committee, Member                               May 2006 – Sep 2006
Department of Pharmacology
Howard University College of Medicine

Faculty Search Committee, Member                               Oct 2009 – Present
Department of Pharmacology
Howard University College of Medicine

## COMMUNITY SERVICE

### COMMUNITY TEACHING

Brain Awareness Week                                                                 2001 - 2008
Program Co-Coordinator for Howard University with Dr. Kebreten F. Manaye
National Museum of Medicine, Walter Reed and
Sponsored by The Charles A. Dana Foundation.
Washington, DC 20306

Brain Awareness Week                                                                 2008 - Present
National Museum of Medicine, Walter Reed and
Washington, DC 20306


### ORGANIZATION OF SYMPOSIA

American Society for Pharmacology and Experimental Therapeutics (ASPET)     April 2 - 6, 2005
ASPET Committee on Minorities, Symposium for 2005, Washington, DC.
Chairs: Dr. Ashiwel Undie and Dr. Martha I. Dávila-García
***"Communication for Effective Networking, Collaboration, and Mentoring"***
http://www.aspet.org/public/committees/diversity_comm.htm, *Workshops at Experimental Biology.*

American Society for Pharmacology and Experimental Therapeutics (ASPET)     April 1 - 5, 2006
ASPET Committee on Minorities, Symposium for 2006, Washington, DC.
Chairs:  Dr. Martha I. Dávila-García and Dr. Gonzalo E. Torres
***"Bridges to Success in Academia: From Undergraduate Student to Professor and Beyond".***
http://www.aspet.org/public/committees/diversity_comm.htm, *Workshops at Experimental Biology.*

American Society for Pharmacology and Experimental Therapeutics (ASPET)     April 28 - May 2,
2007
ASPET Committee on Minorities, Symposium for 2007, Washington, DC.
Chairs:  Dr. Martha I. Dávila-García and Dr. Gonzalo E. Torres
***"Mentoring: How to Choose a Good Mentor and How to be a Good Mentor".***
http://www.aspet.org/public/committees/diversity_comm.htm, *Workshops at Experimental Biology.*

American Society for Pharmacology and Experimental Therapeutics (ASPET)     April 5 - 9, 2008
ASPET Committee on Minorities, Symposium for 2008, San Diego, CA.
Chairs:  Dr. Sakina E. Eltom and Dr. Martha I. Dávila-García
***"Implications of Pharmacogenomics in Health Disparities".***
http://www.aspet.org/public/committees/diversity_comm.htm , *Workshops at Experimental Biology.*

American Society for Pharmacology and Experimental Therapeutics (ASPET)     April 5 - 9, 2008
ASPET Committee on Minorities, Symposium for 2009, San Diego, CA.
Chairs:  Dr. Gonzalo E. Torres and Dolores C. Shockley.
***"Lessons Learned Along the Way:  Career Choices from Past Travel Awardees".***
http://www.aspet.org/public/committees/diversity_comm.htm, *Workshops at Experimental Biology.*

American Society for Pharmacology and Experimental Therapeutics (ASPET)     April 24 - 28, 2010
ASPET Committee on Minorities, Symposium for 2010, Anaheim, CA.
Chairs: M.I. Dávila-García, Howard University and Marcus Delatte, FDA
 *__"Traditional and Alternative Career Paths in Rough Economic Times"__.*
http://www.aspet.org/public/committees/diversity_comm.htm, *Workshops at Experimental Biology*.

## ORGANIZING SCIENTIFIC MEETINGS

**6th Annual Meeting of the**
**NIH-Specialized Neuroscience Research Program (SNRP)**
Howard University                                                                                    June 2 - 4, 2005
Organizing Committee, Member
College Park, MD

**Second Conference on Menthol Cigarettes**                                    October 19-20, 2009
**Organizing Committee, Member**
Town Hall Meeting at Howard University
Washington, DC

**Research Day 2010**                                                                                April 30, 2010
**Howard University College of Medicine and Howard University Hospital**
Guest Speaker: Dr. Emmeline Edwards, Director of Extramural research, NIACC
Washington, DC

## ARTICLE REVIEW/EDITORIAL

Reviewer
*NeuroReport*                                                                                              1999
McGill University, Montreal Quebec, CANADA

Reviewer
*Neurotoxicology*                                                                                         2001
Little Rock, AR  72221 USA

Reviewer
*Behavioral Neuroscience*                                                                            2004
American Physiological Association
750 First St. NW
Washington, DC 20002-4242

Reviewer
*Acta Pharmacologica Sinica*                                                                      2009
Shanghai, China

# GRANT REVIEWER

**Johns Hopkins University**                                        2001 – 2004
**Center for Alternatives to Animal Testing (CAAT)**
School of Hygiene and Public Health
111 Market Place / Suite 840
Baltimore, MD 21202-6709


**US-Israel Binational Science Foundation**                         2002-2003
2 Alharizi Street
Jerusalem, Israel


**Tobacco-Related Disease Research Program**                        2002 - 2004
Office of Health Affairs, University of California
600 Lakeside Dr. 6th Floor
Oakland, CA  94612-3550


**Presidential Awards Excellence in Mathematics and Science Teaching**   2003
National Science Foundation
4201 Wilson Blvd.
Arlington, VA  22230

**NIH-Center for Scientific Review**
**Neural Basis of Psychopathology, Addictions and Sleep Disorders Review Committee.**
Ad Hoc Member                                                      March  2003,  June
2005

**Neurobiology of Motivated Behavior (NMB) Review Committee.**
Ad-Hoc Member                                                      Oct 2005, Feb 2006
Member                                                             Oct 2006 - Present


# TRAVEL AWARDS REVIEWER

Women in Neuroscience                                              2003 – 2005
Eli-Lilly and Pfizer Awards
Committee Member

American Society of Pharmacology and Experimental Therapeutics    2004 - Present
Poster Awards, Committee Member
Travel Awards, Committee Member
Committee Member

ASPET and FASEB-MARC                                               2004 - Present
Minority Travel Awards, Committee Member and Chair

## GRANT CONSULTANT

National Science Foundation
Dr. Lisa Zuccarelli (Principal Investigator)
"Community Building to Promote Biomedical Health Careers Program"          06/02 – 05/05
Georgetown University School of Nursing and Health Studies, Washington, DC 20007

NIH-NIDA
Dr. Jean A. King (Principal Investigator)                                                      04/07 – 03/12
"Imaging Nicotine-induced behavioral sensitization with fMRI"
University of Massachusetts Medical School, Dept. of Psychiatry, Worcester, MA  01655


## INVITED SPEAKER/SEMINARS:

**Primary, Middle and High School Presentations**

- *"Drugs of Abuse"*. February, 1998.  **Thomas Jefferson High School**. Arlington, VA.

- "*How Drugs Act in the Brain*". May, 1996.  Brain Awareness Week. **Georgetown University Medical School**, The Center for Neurosciences, Washington, DC.

- "Drugs of Abuse" and "How the Brain Works and What are Mental Disorders. May, 2001. **Ronald H. Brown Middle School**. Washington, DC.

- "*How Drugs Act in the Brain*". March, 2001.  Brain Awareness Week. **Walter Reed, National Museum of Medicine** and The Charles A. Dana Foundation. Washington, DC.

- "*How Drugs Act in the Brain*". March, 2002.  Brain Awareness Week. **Walter Reed, National Museum of Medicine** and The Charles A. Dana Foundation. Washington, DC.

**Universities/Colleges/Medical Schools**

- "*Neuropeptides as Regulatory Factors for Neuronal Development*". May, 1987.  **New York University**, Department of Biology, New York, NY.

- "*Tissue Culture: A New Approach in Neuroscientific Research*". August, 1988.  **Second Textile University**, Shanghai, China.

- "*New Methods in Neuroscience*". August, 1988.  **Second Textile University**, Shanghai, China.

- "*Neuropeptides and Development*". January, 1989. **University of Alabama**, Department of Neuroscience, Birmingham, AL.

- "*Characterization of [$^3$H]Cytisine Binding in Primary Cell Cultures: A Model System to Study Neuronal Nicotinic Acetylcholine Receptors*". November, 1994.  **Georgetown University Medical School**, Department of Pharmacology, Washington, DC.

- *"Ganglionic Nicotinic Acetylcholine Receptors"*. February, 1997. Department of Pharmacology. **Howard University School of Medicine**. Washington, DC.

- *"Neuronal Nicotinic Receptors"*. May, 1999.Department of Pharmacology, **Howard University College of Medicine**. Washington, DC.

- *"Ganglionic Nicotinic Receptors, their structure and regulation"*. January, 2001. Department of Pharmacology, **University of California, Irvine**, Irvine, CA.

- *"Nicotinic Receptors and Autonomic functions"*.   October 6, 2004. Department of Pharmacology, **Howard University College of Medicine**, Washington, DC.

- *"Nicotinic Receptors in Autonomic Cardiorespiratory Control Centers"*. December 8, 2004. Department of Pharmacology and Physiology, **George Washington School of Medicine**. Washington DC.

- *"Nicotinic Receptors in CNS Centers Controlling Autonomic Function"*. May 8, 2005. Departments of Physiology and Biophysics, **Georgetown University School of Medicine**. Washington, DC.

- *"Central Control of Heart Functions thru Nicotinic Receptors in Brain"*. March 31, 2006. Departments of Pharmaceutical Sciences, **Howard University School of Allied Health, School of Pharmacy**. Washington, DC

- *"Selective Control of Heart Functions"*. October 4th, 2007. **Ithaca College**. Ithaca, NY.

- *"Selective Neuronal Control of Heart Functions"*.  October 24th, 2007. **University of Central Florida**, Orlando, FL.

- *"Central Control of Heart Function"*, April 23[th], 2009. **University of Massachusetts Medical School**, Dept. of Psychiatry, Neuroscience Program, Worcester, MA

## Invited Guest at Symposia

American Society for Pharmacology and Experimental Therapeutics (ASPET)       April 1-5, 2006
Experimental Biology Meeting, San Francisco, CA.
**"Bridges to Success in Academia:  From Undergraduate Student to Professor and Beyond"**.
Symposium Chairs:  Dr. Gonzalo E. Torres and Dr. Margarita Dubocovich
http://www.aspet.org/public/committees/minorities_comm.htm , *Workshops at Experimental Biology*.

Integrative Cardio-Pulmonary Biology Workshop                                   October 11, 2006
***"From Oxygen Sensing to Heart Failure"***.
 "Differential Innervation to Right and Left Ventricles".
Chair: Dr. Yuichiro Suzuki, Georgetown University, Washington, DC.
NHLBI Working Group on Cellular and Molecular Mechanisms of Right Heart Failure
http://www9.georgetown.edu/faculty/ys82/Agenda.htm

## RESEARCH EXPERIENCE/SUPPORT:

**Research Grants, Fellowships and Other Support**:

**Past Grant Support:**                                         (1988-1989)
ORGANON (P.I.: Azmitia, E.)
Supplemental fellowship
Martha I. Dávila-García            100% effort
"ACTH peptides and the serotonergic system".


NIH/NIDA (P.I.: Dávila-García, M.I.)                           (1991-1994)
F32-DA05417 Postdoctoral Fellowship
Martha I. Dávila-García            100% effort
"Role of opiate peptides on serotonergic development".


American Heart Association (P.I.: Dávila-García, M.I.)          (1999-2002)
Scientist Development Grant
Martha I. Dávila-García            25% effort
 "Characterization and regulation of nicotinic acetylcholine receptors in
brainstem cardiovascular centers".


Howard University (P.I.: Dávila-García, M.I.)                   (2000-2001)
New Faculty Award
Martha I. Dávila-García            25% effort
"Brain nicotinic acetylcholine receptors in the mesolimbic dopaminergic system".


Charles and Ella O. Lathman Charitable Trust (P.I.: Dávila-García, M.I.   (2000-2001)
Martha I. Dávila-García            15% effort
"Brain Targets of Nicotine Addiction".


Howard University-Eli-Lilly (P.I.: Dávila-García, M.I.)         (2001-2002)
Seed Grant Program
Martha I. Dávila-García            15% effort
"Mechanisms of Nicotine-Induced Dopaminergic Regulation".


Modecai Wyatt Johnson (P.I.: Tizabi, Y)
Howard University
Martha I. Dávila-García, Ph.D. (Co-PI)    15% effort
"Nicotinic interactions with central alpha-2 adrenoreceptors: implications for novel interventions
in smoking cessation".


Modecai Wyatt Johnson (P.I.: McKenzie James C.)                06/01/00-5/31/03
Howard University
Martha I. Dávila-García (Co-PI)        10% effort
"Brain stem cells, astrocytic progenitors, and the regulation of brain aging".

NIH/NIGMS (P.I.: Littleton, G.K.)
S06-GM08016-32                                           09/01/02-7/301/06
MBRS-SCORE Program
"The Howard University SCORE Program"
Project # 4:
Martha I. Dávila-García (PI)            15% effort
"Characterization of brainstem nicotinic receptors".

NIH/NIMH   (P.I.: Massari,V.J.)
1 R24 MH067627-01A                                      04/01/04 – 03/31/07
"Monoaminergic Neurons and Limbic Circuits".
Project #2:
Martha I. Dávila-García  (PI)            18% effort
"Compensatory mechanisms of nicotine in psychiatric disorders involving dopamine".

**Active Grant Support:**
NIH /NINDS  (P.I.: Massari, V.J.)                       07/01/05 – 06/30/09
5U54NS039407-04
"Central Autonomic Control, Aging and Oxidative Stress".
Project #1
Martha I. Dávila-García                  50% effort
"Parasympathetic Control of Ventricular Function".

**Training Grants:**
NIGMS (P.I.: Zasloff, M.A.)                             07/01/05 – 06/30/08
Training Program in Clinical Pharmacology
Georgetown University College of Medicine
Martha I. Dávila-García, Support Faculty Member

**Pending Grants:**
NIH-R03, (P.I.: Gondré-Lewis, M.I.)
Project #1
Martha I. Dávila-García, Co-Investigator
"Early consequences of maternal nicotine exposure on dendritic morphology and function".


## STUDENT MENTORING:


## GEORGETOWN UNIVERSITY SCHOOL OF MEDICINE
### High School Students:
- High School Heart Research Fellowship Award Summer Program, American Heart Association
  Laura Ham                    Summer 1996
  Rosita Bourne                Summer 1997
  Priscilla Delgado            Summer 1998

- Thomas Jefferson High School Mentoring for Science and Technology
  Elisabeth Nach                    Fall 1997 (4 months), Summer 1998 (3 months)

**Undergraduate Students**:
- Georgetown University Undergraduate Student (Bachelor's) Thesis:
    Veronica S. Ascarrunz        Fall 1996 – Spring 1999


- ASPET Individual Fellowship Program (Summer fellowship):
    Elizabeth Briggs            Summer 1997

**Medical Student Summer Internships**:
- Georgetown University College of Medicine:
    JohnPaul L. Hayner          Summer 1999


**HOWARD UNIVERSITY COLLEGE OF MEDICINE**


**Mentor:**
**Predoctoral (Graduate Students)**

| Student | Dates | Graduation Date/Defense |
|---|---|---|

- Shiny V. Mathews        2000 - 2004                05/2005  [Defense 09/28/04]
    *"Nicotinic Acetylcholine Receptors in the Hypoglossal Motor Nucleus."*
    College of Medicine, Department of Pharmacology
    Mentor: Martha I., Dávila-García
    Postdoctoral fellow at NIH-NIMH, Postdoctoral Fellow, Dr. Kleinman.
    Presently at the FDA


- Harriet W. Kamendi*        2000 - 2004                05/2005            [Defense 12/08/2004]
    *"Characterization of Nicotinic Receptors in the Nucleus Ambiguus."*
        * Supported by an AHA Predoctoral Fellowship.
    College of Medicine, Department of Pharmacology
    Mentor: Martha I., Dávila-García
    Presently at George Washington University, Postdocotral Fellow, Department of Pharmacology,          Dr. David Mendelowitz.


- Mashael Al-Namaeh        2003 – Withdrew in 2006
    *"Characterization of Nicotinic receptors in Rat Heart During Development and Their Regulation by Nicotine."*
    College of Medicine, Department of Pharmacology
    Mentor: Martha I., Dávila-García


- Elizabeth Adetobi        2002 - 2008                05/2008  [June 28th, 2008]
    *"Parasympathetic control of right ventricular cardiac function: Ultrastructural and physiological studies."*
    College of Medicine, Department of Pharmacology
    Mentor: V. John Massari, Ph.D.
    Co-Mentor: M.I. Dávila-García, Ph.D.

- Sussan Ekejiuba             2002 - 2009              05/2009  [May 6th, 2009]
  *"Examination of central distribution, ultrastructure, and physiologic function of cardiac sensory afferent terminals originating in the interventricular septum of cats."*
  College of Medicine, Department of Pharmacology
  Mentor: V. John Massari, Ph.D.
  Co-Mentor: M.I. Dávila-García, Ph.D.

- Adebowale E. Ogunjiri      2006 - Present           05/2010  [Defense]
  School of Allied Health, Department of Pharmaceutical Sciences
  Synthesis and Pharmacological Evaluation of subtype selective nicotinic acetylcholine receptor ligands for the modulation of dopamine release.
  Mentor: Kenneth R. Scott, Ph.D.
  Co-Mentor: M.I. Dávila-García, Ph.D.


**Postdoctoral Fellow:**

| Fellow | Dates | |
|---|---|---|
| • Jharna R. Das, Ph.D. | 09/01/02 – 09/01/05 | |

**Student Dissertation Committee Member:**

| Student | Department | Graduation.Date/Defense |
|---|---|---|
| • Michele Weech | Biochemistry and Molecular Biology Mentor: Eric Walters, Ph.D. | 05/2005 [Defense 12/14/04] |

**Medical Student Advisor:**

| Student | Dates | Graduation Date |
|---|---|---|
| Daniel José Correa | 2004 - Present | 05/2008 |
| Giselle Tricia Burnett | 2008 - 2012 | |
| Samantha Joan Bethel-Ellison | 2008 – 2012 | |

**Summer Research Medical Students:**

| Student | Dates | Graduation Date |
|---|---|---|
| Thomas Smith | 2006, 2007 | 05/2008 |

**Undergraduate Students:**

- Howard University Minority Graduate Education Summer Research Program/AGEP:

| Student | Dates |
|---|---|
| Tiffany Turner | Summer 2000 |
| Cederic L. Salone | Summer 2002 |
| Keniesha Thompson | Fall 2006 – Spring 2007 |
| Falon Gray | Spring 2007 |
| Sherry Green | Spring 2009 – Summer 2009 – Fall 2009 |
| Sharon Green | Spring 2009 – Summer 2009 – Fall 2009 |
| Frank Fofie | Fall 2009 |

## TEACHING:

**NEW YORK UNIVERSITY**
- Biology Department, (1985-1988), Teaching Assistant. Biology and Neuroscience, Neuroanatomy, Genetics, Introduction to Ecology, Principles of Animal Physiology, Animals for Research, Human Reproduction.

**NEW YORK COLLEGE OF PODIATRIC MEDICINE**
- Anatomical Sciences, (1988), Instructor, Histology. Histology and histology Lab.

**UNIVERSITY OF CALIFORNIA, IRVINE**
- Medical Review Board, (1990-1991), Instructor, Basic Sciences. Neuroanatomy, Pathology, Biochemistry, and Pharmacology.
- Course Lecturer, Fundamentals of Pharmacology (1994). Pharmacology of the brain: Introduction to the CNS, depression; schizophrenia, Attention deficit and hyperactivity disorders (ADHD), Alzheimer's disease; Parkinson's disease, and Drugs of abuse.
-

**MARYMOUNT UNIVERSITY, SCHOOL OF PHYSICAL THERAPY**
- Course Lecturer, Pathophysiology, (1996). The cell, Introduction to pharmacology, Glucose metabolism and diabetes, Female/Male reproductive system, and Pituitary gland.

**UNIVERSITY OF MARYLAND, SCHOOL OF PHARMACY**
- Course Lecturer, Pharmacology, (1997). Historical perspective, Drug-receptor interactions, Pharmacokinetics, Bioassays.

**GEORGETOWN UNIVERSITY SCHOOL OF NURSING**

**Undergraduate**
- Course Lecturer, Pharmacology (1996 - 1999). Neuropharmacology of the brain, antipsychotics, anxiolytics and antidepressant drugs.
- Course Lecturer, Gross Anatomy (1994 - 1999). The brain, spinal cord and ANS.

**Graduate School**
- Assistant Course Director and Lecturer, Pathophysiology (1995 - 1999), Pathophysiology of the central and peripheral nervous system, motor function.
- Assistant Course Director and Lecturer, Advance Concepts in Pharmacology (1996 - 1999), Drugs of abuse, tolerance and dependence.

**HOWARD UNIVERSITY**

**College of Medicine**
Course Lecturer, Pharmacology,                                        2000 – Present
- UNIT I, Principles
  - Pharmacodynamics
    - Principles of Drug-Receptor Interaction
    - Principles of Dose-Response Curves
  - Pharmacodynamics
    - Drug-receptor interactions

- ▪ Dose-response curves Drugs
  - o Autonomic Pharmacology, Introduction
  - o Drugs Affecting the neuromuscular junction
  - o Drugs Affecting the autonomic ganglia
  - o Affecting the adrenergic system
- UNIT VII, CNS
  - o Antiepileptics
  - o Anxiolytics
  - o Antidepressants
  - o Drugs of Abuse
  - o Prenatal and Perinatal Pharmacology

**Graduate School**

Course Lecturer, Pharmacology, Graduate Courses                    2000 – Present
- Introduction to Pharmacology
  - o Pharmacodynamics
  - o Pharmacodynamics
- Introduction to Research Methods in Pharmacology
  - o Graphing Methods in Pharmacology
  - o Principles of Pharmacology
  - o Pharmacokinetics
  - o Pharmacodynamics
  - o Molecular Pharmacology
  - o Cholinergic Pharmacology
  - o Serotonergic Pharmacology

**School of Dentistry**
**Course Coordinator (2003-Present)**

Course Lecturer, Pharmacology                                       2000 – Present
  - o Principles of Drug-Receptor Interaction
  - o Principles of Dose-Response Curves
  - o Autonomic Pharmacology
  - o Antiepileptics
  - o Antidepressants and Antimanic drugs
  - o Drugs of Abuse

**School of Pharmacy**

Course Lecturer, Pharmacology                                       2000 – Present
  - o Principles of Drug-Receptor Interaction
  - o Principles of Dose-Response Curves
  - o Antiepileptics
  - o Antidepressants
  - o Drugs of Abuse

**College of Allied Health, Physician's Assistant Program**

Course Lecturer, Pharmacology                                       2000 – Present
  - o Antiepileptics
  - o Antidepressant drugs

14

        o  Drugs of Abuse
        o  Prenatal and Perinatal Pharmacology
Other lectures taught: Sedative/Hypnotics/Anxiolytics, Antipsychotics, CNS stimulants


## PROFESSIONAL DEVELOPMENT:

**Grant Writing Skills**                       October 19, 1999
Office for Research Administration
Howard University College of Medicine

**Grantsmanship Training Seminar and Workshop**    June 14 -17, 2001
FASEB Career Resources
Tucson, Arizona

**Leadership Academy, Howard University**
    ▪  Servant-Leadership through Quality        November 23,1999
    ▪  History of Howard University             May 3, 2002

**A Medical Education Program for the Prevention**    January 27-28, 2000
**and Treatment of Alcohol Use Disorders.**
Professional Alcohol Training Course 2
University of Wisconsin-Madison, Medical School
Howard University

**Teaching Skills Program**                  09/11/02 – 05/21/03
**John's Hopkins University**
Selected by Howard University, (Course met once a week for 4 hours)
Recommended by Dean Pauline Y. Titus-Dillon, M.D., F.A.C.P., Academic
Dean and Victor F. Scott, MD, Interim Senior Vice President for Health Sciences.

**National Meeting of Directors of Graduate Pharmacology Programs**  June 21 - 23, 2005
Vanderbilt University
Nashville, TN

**AAMC**                             June 9 – 12, 2005
**Mid-Career Women Faculty Professional Development Seminar**
Lansdowne, VA

**Sonomicromety Training**                Oct - Nov 2007
Training with Dr. Jeffrey Ardell
University of East Tennessee, TE

**Echocardiography Training**             Sep - Oct 2007
Training with Dr. John Gottdiener,
University of Maryland Medical Center
Cardiology Department

**Professional Development Workshop for Diversity Investigators**     March 3-4, 2008
National Institute of Neurological Disorders and Stroke, NIH
Office of Minority Health and Research
Chevy Chase Pavilion
Washington, DC

## PUBLICATIONS

**Refereed Journals:**

1. **Dávila-García, M.I**. and Azmitia, E.C. 1989. Effects of acute and chronic administration of leu-enkephalin on cultured serotonergic neurons. *Dev. Brain Res*. 49:97-103.

2. King, J.A., **Dávila-García, M.I**., Azmitia, E.C. and Strand, F.L. 1991. Differential effects of prenatal and postnatal ACTH and nicotine exposure on 5-HT high affinity uptake in neonatal rats. *Int. J. Dev. Neurosci*. 9(3):281-286.

3. Houghtling, R.A., **Dávila-García, M.I**., Hurt, S., and Kellar, K.J. 1994. [$^3$H]Epibatidine binding to nicotinic cholinergic receptors in brain. *Medical Chem. Res*. 4:538-546.

4. Houghtling, R.A., **Dávila-García, M.I**. and Kellar, K.J. 1995. Characterization of (±)[$^3$H]epibatidine binding to nicotinic cholinergic receptors in rat and human brain. *Mol. Pharm*. 48:280-287.

5. Dunah, A.W., Yasuda, R.P., Wang, Y-h., Luo, J., **Dávila-García, M.I**., Gbadegesin, M., Vicini, S., and Wolfe, B.B. 1996. Regional and ontogenic expression of the NMDA receptor subunit NR2D protein in rat brain using a subunit-specific antibody. *J. Neurochem*. 67(6):2335-2345.

6. **Dávila-García, M.I**., Musachio, J.L., Perry, D., Xiao, Y., Horti, A., London, E.D., Dannals, R.F., and Kellar, K.J. 1997. [$^{125}$I]IPH, an epibatidine analog, binds nicotinic receptors in central and peripheral tissues and ganglia. *J. of Pharmacol.and Exp. Therap*. 282:445-451.

7. Flores, C.M., **Dávila-García, M.I**., Ulrich, Y.M. and Kellar, K.J. 1997. Differential regulation of neuronal nicotinic receptor binding sites following chronic nicotine administration. *J. Neurochem*. 69:2216-2219.

8. **Dávila-García, M.I**., Houghtling, R.A., Qasba, S.S. and Kellar, K.J. 1999. Nicotinic receptor binding sites in rat primary neuronal cells in culture: characterization and their regulation by chronic nicotine. *Molecular Brain Res*. 66:14-23.

9. Perry, D., **Dávila-García, M.I**., Musacchio, J. and Kellar, K.J. 1999. Increased nicotinic receptors in brains from smokers: Evidence from autoradiography and membrane binding. *J. Pharmacol. Exp. Therap*. 289:1545-1552.

10. Kellar K.J., **Dávila-García, M.I.** and Xiao, Y. 1999. Pharmacology of neuronal nicotinic acetylcholine receptors: effects of acute and chronic nicotine. *Nicotine and Tobacco* 1:S117-S120.

16

11. Ferreira, M., Ebert, S.N., Perry, D.C., Yasuda, R.P., Baker, C., **Dávila-García, M.I**., Kellar, K.J., and Gillis, R.A. 2001. Evidence of a functional and novel α7 neuronal nicotinic receptor subtype located on DMV motoneurons. *J. Neurosci*. 1:296(2):260-269.

12. Yeh, J.J., Yasuda, R.P., **Dávila-García, M.I.,** Ebert, S., Gupta, T., Kellar, K.J., and Wolfe, B.B. 2001. Neuronal Nicotinic Acetylcholine receptor α3 subunit protein in rat brain and sympathetic ganglion measured using a subunit-specific antibody; Regional and ontogenic expression. *J. Neurochem*. 77:336-346.

13. Tizabi, Y., Getachew, B., **Dávila-García, M.,** and Taylor, R. 2001. Alcohol Preference: Association with reduced striatal nicotinic receptors. *Alcohol and Alcoholism*. 36:318-322.

14. Perry, D.C., Xiao, Y., Nguyen, H.N., Musachio, J.L., **Dávila-García, M.I**., and Kellar, K.J. 2002. Measuring nicotinic receptors with characteristics of α4β2, α3β2, and α3β4 subtypes in rat tissues by autoradiography. *J. Neurochem*. 82:468-481.

15. **Dávila-García, M.I**., Musachio, J., and Kellar, K.J. 2003. Chronic nicotine does not alter nicotinic acetylcholine receptors in adrenal gland, SCG, Pineal or Retina. *J. Neurochem*. 85:1237-1246.

16. Ávila, A.M., **Dávila-García, M.I**., Ascarrunz, V.S., and Kellar, K.J. 2003. Differential Regulation of Nicotinic Cholinergic Receptors in PC12 Cells by Nicotine and Nerve Growth Factor. *J. Molecular Pharm*. 64(4):974-986.

17. Hernandez, S.C., Vicini, S., Xiao, Y., **Dávila-García, M.I**., Yasuda, Y., Wolfe, B and Kellar, K.J. 2004. The Nicotinic Receptor in the Rat Pineal Gland is an α3β4 Subtype. *Mol. Pharmacol*. 66(4):978-987.

18. Manaye, K.F., Tizabi, Y., **Dávila-García, M.I**., Mouton, P.R., and Kelly, P.H. 2005. Selective cell loss in the paraventricular and suprachiasmatic nuclei in the hypothalamus of patients suffering from depression and bipolar disorder. *J. Neuropath. And Exp. Neurol*. 64(3):224-229.

19. Mathew, S.V., Law, A,J, Lipska, B.K., **Dávila-García, M.I**, Zamora, E.D., Mitkus, S.N., Vakkalanka, R., Straub, R.E., Weinberger, D.R., Kleinman, J.E., Hyde, T.M. 2007. α7 nicotinic acetylcholine receptor mRNA expression and binding in postmortem human brain are associated with genetic variation in Neuregulin 1. Hum Mol Genet.16(23):2921-32.

20. Razani-Boroujerdi, S., Boyd, R., **Dávila-García, M.I**., Nandi, J.S., Mishra, N., Singh, S.P., Pena-Philippides, J.C., Langley, R., and Sopori, M.L. 2007. T cells express alpha7-nicotinic acetylcholine receptor subunits that require a functional TCR and Leukocyte-specific protein tyrosine kinase for nicotine-induced $Ca^{2+}$ response to increase intracellular. J. Immunol. 179:2889-2898.

21. **Dávila-García, M.I**., Ardell, J.L., Adetobi-Oladele, E., Ekejiuba, S., Ardell, J.L., Shirahata, M., Caparso, A. and Massari,V.J. 2010. An interventriculo-septal ganglion mediates the parasympathetic postganglionic control of contractility of the right ventricle of the cat heart (Submitted).

17

**In preparation**

22. Mathew, S.V. Kamendi, H.W., Campos, S. and **Dávila-García M.I.** 2010. α7 nicotinic acetylcholine receptors in the brainstem are developmentally regulated and differentially altered by prenatal nicotine exposure. (In preparation).

23. Das, J.R., Kamendi, H.W., Mathew, S.V., Campos, S. and **Dávila-García, M.I.** 2010. Three subtypes of nicotinic acetylcholine receptors in brain and ganglia are developmentally regulated and affected by prenatal nicotine. (In preparation).

24. **Dávila-García, M.I.**, Mathew, S.V., Das, J.R., Campos, S. and Kamendi, H.W., 2010. Developmental distribution of neuronal nicotinic receptors and their regulation in cardiorespiratory centers in the rat.  (In preparation).

25. Kamendi, H.W. and **Dávila-García, M.I.** 2010.  Characterization of β2-containing receptors in rat brainstem tissues using [$^{125}$I]A85380.  (In preparation).

26. Adetobi-Oladele, E., Ekejiuba, S.E., Shirahata, M., Ardell, J.L., Ruble, S., Massari, V.J., and **Dávila-García, M.I**. 2010. Synaptic interaction of substance P-like immunoreactive (SP) terminals with vagal preganglionic neurons controlling ventricular contractility in the cat heart. (In preparation).


**Chapters**

1. **Dávila-García, M.I.** and Azmitia, E.C. 1989. Neuropeptides as positive or negative growth regulatory factors: Effects of ACTH and leu-enkephalin on cultured serotonergic neurons. In: Molecular Aspects of Development and Aging of the Nervous System. (J.M. Lauder, A. Privat, E. Giacobini, P.S. Timiras, and A. Vernadakis, Eds.) Plenum, New York, NY. pp 75-92.

2. Azmitia, E.C., Frankfurt, M., **Dávila, M.**, Whitaker-Azmitia, P.M. and Zhou, F.C. 1990. Plasticity of fetal and adult CNS serotonergic neurons: Role of growth regulatory factors. In: The Neuropharmacology of Serotonin. (P.M. Whitaker Azmitia and S.J. Peroutka, Eds.) Annals of the New York Academy of Science. Vol. 600. New York, NY. pp. 343-365.

3. **Dávila-García, M.I.**, Xiao, Y., Houghtling, R.A., Qasba, S.S., Flores, C.M. and Kellar, K.J. 1995. Regulation of neuronal nicotinic receptors in primary cultures. In: Effects of Nicotine on Biological Systems II. (P.B.S. Clarke, M. Quik, F. Adlkofer and K. Thurau Eds.) Birkhäuser Verlag, Basel. pp. 95-100.


**Abstracts**

1. **Dávila-García, M.I.**, Alvarez, P., Whitaker-Azmitia, P.M., Towle, A.C., and Azmitia, E.C. 1985. Effects of serotonin and 5-methoxytryptamine on GABA and 5-HT immunocytostained cells from hippocampus and mesencephalic raphe grown in tissue culture. *Soc. Neurosci. Abstr*. 177.14, 11(1):601.

2.  Azmitia, E.C., **Dávila, M.I**., Lama, P.J., Murphy, R.B., Pelaseyed, R., and Whitaker-Azmitia, P.M. 1986. Serotonergic growth factor from adult hippocampus supernatant stimulates the maturation of serotonergic neurons in dissociated mesencephalic cultures. *Soc. Neurosci. Abstr.* 159.12, 12(1):576.

3.  **Dávila, M.I**., De Kloet, R., and Azmitia, E.C. 1986. Effects of neuropeptides on the maturation of serotonergic neurons in tissue culture. *Soc. Neurosci. Abstr.* 41.16, 12(1):152.

4.  **Dávila-García, M.I**., Hou, X.P., Murphy, R., and Azmitia, E.C. 1987.  Inhibitory effects of leu-enkephalin on [3]H-5HT uptake in dissociated mesencephalic raphe neurons. *Soc. Neurosci. Abstr.* 313.3, 13(2):1136.

5.  **Dávila-García, M.I**., Hlibczuk, V., Akbari, S., and Azmitia, E.C. 1988. Prenatal administration of neuropeptides has effects on behavior and [3]H-5HT uptake by serotonergic neurons postnatally. *Int. J. Dev. Neurosci.* 178. 6(Sup.1):95.

6.  Azmitia, E.C., Zhou, F., **Dávila, M**., Whitaker-Azmitia, M.P., and Segal, M. 1988. Neuronal transplantation and tissue culture of fetal serotonergic neurons: interactive approaches. "Neural Grafting and Brain Repair", *7th General Meeting of the ISDN*, Neve Ilan, Israel.

7.  Azmitia, E.C., **Dávila, M**., Bartus, R., Whitaker-Azmitia, P.M. 1988. Tissue culture studies of neuronal growth regulatory factors from adult and aged brain. Institute of Dev. Neuroscience and Aging. "Molecular aspects of development and aging of the nervous system". *Athens*, Greece.

8.  **Dávila-García, M.I**., Hlibczuk, V., Akbari, H., Alves, S., and Azmitia, E.C. 1988. Postnatal effects of prenatal administration of neuropeptides on [3]H-5-HT uptake by serotonergic neurons. *Soc. Neurosci. Abstr.* 167.11, 14(1):416.

9.  Drucker-Colín, R., García-Hernandez, F., Vega-Carbajo, R., **Dávila, M**., and Prospero-García, O. 1988. Recovery of motor impairments and TH-IR in aged rats with intraventricular adrenal transplants. *Soc. Neurosci. Abstr.* 353.4, 14(2):887.

10. Murphy, R.B., **Dávila-García, M.I**., Azmitia, E.C., Psyllas, P., Haraminian, G., Cann, A., Pincus, M.R., Chen, J., Shneider, L.H., Gibbs, J. and Smith G.P. 1989. Evidence for mutual interactions of enkephalin and CCK analogues at CCK and enkephalin receptors. *Soc. Neurosci. Abstr.* 392.22, 15(2):984.

11. **Dávila-García, M.I**., Kheck, N.M., Whitaker-Azmitia, P.M., Tonnaer, J.A.D.M. and Azmitia, E.C. 1989. Evidence for [3]H-Organon 2766 (a synthetic ACTH fragment) uptake in rat hippocampal synaptosomes. *Soc. Neurosci. Abstr.* 505.4, 15(2):1274.

12. Azmitia, E.C. and **Dávila-García, M.I** 1990. ACTH as positive and enkephalin as negative regulatory factors on cultured serotonergic neurons. 8th. Biennial Meeting of the ISDN. Bal Harbor, FL. *Int. J. Dev. Neurosci. Abstr.* 20. pp. 47.

13. **Dávila-García, M.I**., Lu, R. and Leslie, F.M. 1990. Quantitative autoradiographic mapping of opiate binding sites in the auditory cortex of the male ferret. *Soc. Neurosci. Abstr.* 159.4, 16(1):368.

19

14. **Dávila-García, M.I.**, Chan, A.K., Tran, P. and Leslie, F.M. 1991. Development of cholinergic and serotonergic receptors in the sensory cortex of the rat. *Soc. Neurosci. Abstr.* 450.6, 17(2):1130.

15. **Dávila-García, M.I.**, Houghtling, R.A., Qasba, S.S., and Kellar, K.J. 1993. Characterization of nicotinic binding sites in lung carcinoma cell lines. *Soc. Neurosci. Abstr.* 123.14, 19(1):290.

16. Wagster, M.V., Kotzuk, J.A., **Dávila-García, M.I**. and Kellar, K.J. 1993. Autoradiographic distribution of [$^3$H]cytisine binding to nicotinic receptor sites in brain. *Soc. Neurosci. Abstr.* 129.5, 19(1):305.

17. **Dávila-García, M.I.**, Qasba, S.S., Houghtling, R.A. and Kellar, K.J. 1994. [$^3$H]Cytisine binding in rat primary neuronal cells in culture: A model system to study neuronal nicotinic acetylcholine receptors. The *Effects of Nicotine on Biological Systems II*. Satellite Symposium of the XIIth International Congress of Pharmacology. July 1994, Montreal, Canada.

18. Kellar, K.J., **Dávila-García, M.I**., Houghtling, R.A. and Flores, C.M. 1994. Regulation of neuronal nicotinic cholinergic receptors *in vivo* and in primary neuronal cell culture. *XIX CINP Symposium*, June, 1994. Washington, DC.

19. Kellar, K.J., **Dávila-García, M.I**., Xiao, Y., Houghtling, R.A., Mellon, R.D., Qasba, S.S. and Flores, C.M. 1994. Regulation of neuronal nicotinic receptors: In vivo and in vitro studies. International Symposium on Nicotine. *The Effects of Nicotine on Biological Systems II*. Satellite Symposium of the XIIth International Congress of Pharmacology. July 1994, Montreal, Canada.

20. **Dávila-García, M.I.**, Houghtling, R.A., Qasba, S.S. and Kellar, K.J. 1994. Characterization of [$^3$H]cytisine binding in rat primary neuronal cells in culture. *Ninth Annual Student Research Days*. GUMC. Washington, DC.

21. **Dávila-García, M.I.**, Houghtling, R.A., Qasba, S.S. and Kellar, K.J. 1994. Regulation of neuronal nicotinic receptors: Effects of nicotine on primary neuronal cells in culture. *Soc. Neurosci. Abstr.* 465.6, 20(2):1128.

22. **Dávila-García, M.I.**, Houghtling, R.A. and Kellar, K.J. 1995. [$^3$H]Epibatidine binds two non-$\alpha$4ß2 high affinity sites in IMR-32 cells. *Soc. Neurosci. Abstr.* 527.8, 21(2):1333.

23. **Dávila-García, M.I.**, Meyer, E.L. and Kellar, K.J. 1995. Measurements of [$^3$H]epibatidine binding and $^{86}$Rb$^+$ efflux in IMR-32 cells. *Tenth Annual Student Research Days*. GUMC. Washington, DC.

24. Musachio, J.L., Scheffel, U., Stathis, M., Villemagne, V., Finley, P., Horti, A., Kimes, A., London, E.D., **Davila-Garcia, M**., Kellar, K.J. and Dannals, R.F. 1996. Synthesis of [I-125/I-123]-IPH: A radiolabeled analog of epibatidine for *in vivo* studies of nicotinic acetylcholine receptors. *J. Nuclear Medicine* 37:6P.

25. **Dávila-García, M.I.**, Xiao, Y., Meyer, E.L., Wroblewski, J.L., Surin, A. and Kellar, K.J. 1996. Regulation of non-a4/b2 high affinity nicotinic receptors in IMR-32 cells. *Annual Meeting of Experimental Biology*, Washington, DC. FASEB.

26. **Dávila-García, M.I.**, Perry, D.C., Stockmeier, C.A., Dilley, G.E. and Kellar, K.J. 1996. Nicotinic receptors measured with [$^3$H]epibatidine and [$^3$H]cytisine are increased in prefrontal cortex and temporal cortex of brain from smokers. *Society for Research on Nicotine and Tobacco*. Second Annual Meeting. Washington, DC.

27. Perry, D.C., **Dávila-García, M.I.**, Stockmeier, C.A., Dilley, G.E., Shapiro, L.A., and Kellar, K.J. 1996. Binding to nicotinic receptors labeled by [$^3$H]epibatidine and [$^3$H]cytisine increased in brains of smokers. *Soc. Neurosci. Abst.*22:1273.

28. Dunah, A.W., Yasuda, R.P., Luo, J., Wang, Y-H., **Dávila-García, M.I**, Gbadegesin, M., Vicini, S., and Wolfe, B.B. 1996. Regional and developmental expression of NMDA subunit NRD2 protein in rat brain using a subunit-specific antibody. *Soc. Neurosci. Abst.* 22:592.

29. Meyer, E.L., Xiao, Y., **Dávila-García, M.I.**, and Kellar, K.J. 1996. Effects of chronic nicotine on the pharmacology and function of neuronal nicotinic receptor subtypes. *Soc. Neurosci. Abst.* 22:1033.

30. **Dávila-García, M.I.**, Musachio, J.L.,Perry, D., Xiao, Y., Horti, A., London, E.D., Dannals, R.F., and Kellar, K.J. 1996. [$^{125}$I]IPH, an epibatidine analog, binds with high affinity to neuronal nicotinic receptors. *Soc. Neurosci. Abst.* 22:1271.

31. Flores, C.M., **Dávila-García, M.I.**, Ulrich, Y.M., and Kellar, K.J. 1996. Differential regulation of neuronal nicotinic receptor subtypes following chronic nicotine treatment in rats. *Soc. Neurosci. Abst.* 22:1032.

32. Kellar, K.J., Xiao, Y., **Dávila-García, M.I**. and Meyer, E. 1997. Regulation of Nicotinic Receptors. *IBC's Conference*. July 1997. Washington, D.C.

33. Musachio, J.L., Scheffel, U., Villemagne, V., Horti, A., Finley, P., Xiao, Y., Dávila-García, M.I., Kellar, K.J., Ravert, H.T., Mathews, W.B., London, E.D. and Dannals, R.F. 1997. [C-11] and [I125/123] (+)- and (-)-MeIPH: Analogs of epibatidine for in vivo studies of nicotinic acetylcholine receptors. *J. Nuclear Medicine* 38:65P.

34. **Dávila-García, M.I.**, Briggs, E., Meyer, E.L., and Kellar, K.J. 1997. Regulation of non-α4ß2 nicotinic acetylcholine receptors (nAChR) in IMR-32 neuroblastoma cells by chronic treatment with nicotinic agonists. *Soc. Neurosci. Abst.* 364.6, 23:914.

35. Hayner, PJ., **Dávila-García, M.I.** and Kellar, K.J. 1997. Agonist induced upregulation of nicotinic acetylcholine receptors in PC12 cells. *Soc. Neurosci. Abst.* 366.2, 23:917.

36. Perry, D.C., **Dávila-García, M.I.**, Musachio, J.L. and Kellar, K.J. 1997. Epibatidine analogs label subpopulation of neuronal nicotinic receptors. *Soc. Neurosci. Abst.* 154.12, 23:382.

37. **Dávila-García, M.I**. and Kellar, K.J. 1998. Regulation of nicotinic receptors in superior cervical ganglion, retina and pineal: Effects of chronic exposure to nicotine. *Soc. Neurosci. Abst.* 134.18, 24(1):338.

21

38. Kellar, K.J., Gillis, R.A., **Dávila-García, M.I.**, Bingaman, M.T., Norman,W.P., Musachio, J.L. and Perry, D.C. 1998. Different populations of nicotinic receptors labeled by [$^3$H]epibatidine and [$^3$H]A-85380. *Soc. Neurosci. Abst.* 332.14, 24(1):837.

39. Xiao, Y., Meyer, E.M., **Dávila-García, M.I.**, Perry, D.C. and Kellar, K.J. 1998. Differential regulation of neuronal nicotinic receptors: What to expect in the human brain and peripheral nervous systems. ACNP Meeting, Puerto Rico.

40. Musachio, J.L., Scheffel, U., Zhan, Y., Mochizuki, T., Villemagne, V., Koren, A.O., Finley, P., Xiao, Y., **Dávila-García, M.**, Kellar, K.J., and Dannals, R.F. 1998. 5-[I-123/125]IODO-3(2(S)-azetidinyl ethoxy)pyridine, a radiolabeled analog of A-85380 for in vivo studies of nicotinic acetylcholine receptors. *J. Nuclear Medicine*. 39: 48P.

41. **Dávila-García, M.I**. and Kellar, K.J. 1999. Differential regulation of [$^3$H]GABA by nicotinic acetylcholine receptor stimulation in brain reward pathways. *Soc. Neurosci. Abst.* 75.8, 25(1):187.

42. Hernandez, S.C., Musachio, J.M., Wang, Y., **Dávila-García, M.I.**, Ebert, S.N., Wolfe, B.B. and Kellar, K.J. 1999. The rat pineal gland expresses a nicotinic receptor with the characteristics of the α3β4 receptor subtype. *Soc. Neurosci. Abst.* 394.14, 25(1):980.

43. **Dávila-García, M.I**. and Kamendi, H. 2000. Distribution and regulation of nAChRs in cardiovascular control centers in the brainstem. *Soc. Neurosci. Abst.* 729.10, 26(2):1951.

44. Mach, A.M., Ascarrunz, V.S., **Dávila-García, M.I**. and Kellar, K.J. 2000. Differential regulation of nicotinic receptors in PC12 cells by nicotine and nerve growth factor. *Soc. Neurosci. Abst.* 137.20, 26(1):373.

45. Mathew, S.M., Kamendi, H. and **Dávila-García, M.I.** 2001. Diversity of neuronal nicotinic acetylcholine receptors on medullary respiratory and cardiovascular centers. *Experimental Biology, ASPET.* 456.12.

46. **Dávila-García, M.I.**, Mathew, S.V., Musachio, J.M., Manaye, K.F. and Kamendi, H. 2001. Pharmacology of neuronal nicotinic acetylcholine receptors on caudal medulla. *Soc. Neurosci. Abst.* 836.17

47. Manaye, K.F., Lei, D.L., Sanhera, M., **Dávila-García, M.I.**, Tizabi, Y., Mouton, P.R., Kelly, P.H. 2001. Stereological evaluation of hypothalamic nuclei in schizophrenics. *Soc. Neurosci. Abst.* 335.9.

48. **Dávila-García, M.I**., Kamendi, H., Manaye K.F., and Mathew, S.V. 2002. Nicotinic receptors in brainstem cardiorespiratory centers: A target for prenatal nicotine. *Soc. Neurosci. Abst.* 860.1.

49. Manaye K.F, Lei, D.L., **Dávila-García., M.I**., Tizabi Y., Mouton PR., and P.H. Kelly. 2002. Possible neuro-degeneration in the hypothalamus of patients suffering from severe depression. *Soc. Neurosci. Abst.* 497.22. **SELECTED FOR PRESS RELEASE AND PUBLICATION IN THE ANNUAL MEETING PRESS BOOK 2002**.

50. **Dávila-García, M.I.**, Mathew, S.V., Kamendi, H.W., Manaye, K.J., and Das, J.R. 2003.

Subtypes of nicotinic acetylcholine receptors are developmentally regulated and affected by prenatal nicotine exposure. *Soc. Neurosci. Abst.* 681.2.

51. Pearson, P., Young, J., Manaye, K., **Dávila-García, M.**, Turner, B., and McKenzie, J. 2003. Extensive colocalization of natriuretic peptides in canine basal forebrain. *Soc. Neurosci. Abst.* 613.6.

52. Mathew, S.V., Kamendi, H.W., Das, J.R., Al-Nameh, M., Massari, J.V., and **Dávila-García, M.I.** 2004. Nicotinic receptors in hypoglossal nuclei.  ASPET, *Exp. Biol Meeting Abst.*

53. Mathew, S.V., Kamendi, H.W., Das, J.R. and **Dávila-García, M.I**. 2004. Development and Regulation of Nicotinic Receptors in Hypoglossal Nucleus.  4th Annual Conference of *SNRP*, Nashville TN, 144.

54. Kamendi, H.W., Mathew, S.V., Al-Namaeh, M., Das, J.R. and **Dávila-García, M.I**. 2004. Distribution and Regulation of Nicotinic Receptors in Ventrolateral Medulla. 4th Annual Conference of *SNRP*, Nashville TN, 127.

55. Al-Namaeh, M., Kamendi H.W., Das J.R., Mathew, S.V. and **Dávila-García, M.I**. 2004. Developmental Nicotinic Receptors Regulation of c-fos, pCREB and Erb-b2 expression in the cardiac ganglia. FASEB Research Summer Conferences, Molecular and Cellular Signaling in the Perinatal Cardiovascular System (No. 16). **WON FIRST PRIZE AS A GRADUATE STUDENT POSTER.**

56. Al-Namaeh, M., Kamendi, H.W., Das, J.R., Mathew, S.V., and **Dávila-García, M.I.** 2004. Nicotinic receptors in the heart are up-regulated by prenatal nicotine during development: implications for cardiac disease and perinatal mortality. *Soc. Neurosci. Abst.* 48.3 . **SELECTED FOR PRESS RELEASE AND PUBLICATION IN THE ANNUAL MEETING PRESS BOOK 2004**.

57. **Dávila-García, M.I.**, Kamendi, H.W., Mathew, S.V., Das, J.R., Al-Namaeh, M. 2004. Distribution and Regulation of Nicotinic Receptors in Ventrolateral Medulla and their regulation by chronic nicotine. *Soc. Neurosci. Abst.* 956.4.

58. Al-Namaeh M., Das J.R., and **Dávila-García M.I**.  2005. Characterization of the nAChR in Rat Heart During Development and Regulation by Nicotine. Society for Experimental Biology and Medicine. 2005 Greater Baltimore-Washington Graduate Student Research Forum, Georgetown University, Washington, DC.

59. Al-Namaeh, M., Das J.R., **Dávila-García, M.I.** 2005. Nicotinic Acetylcholine Receptor Regulation of Gene Expression in Cardiac Ganglia. SNRP. Howard University, Washington, DC.

60. **Dávila-García, M.I.**, Das, J.R. and Al-Namaeh M. 2005. Nicotine Regulation of Parasympathetic Nicotinic Acetylcholine Receptors in Rat Heart. SNRP. Howard University, Washington, DC.

61. **Dávila-García, M.I**., Ononiwu, I.M., Ardell, J.L., and Massari, V.J. 2006. Nicotinic receptor distribution in cat vagal postganglionic heart. 6th Annual SNRP Meeting, Fairbanks Alaska, May 30 - June 2. Submitted.

62. **Dávila-García, M.I**., Ononiwu, I.M., Ardell, J.L. and Massari, V.J. 2006. Nicotinic receptor subtypes in cat intracardiac ganglia. *Society for Neuroscience Abstracts*, Atlanta, Georgia, Oct 14 – 18. 356.16/AA16.

63. Mathew, S.V., **Dávila-García, M.I**., Zamora, E.D., Mitkus, S.N., Law, A. J., Lipska, B.K., Herman, M.M., Weinberger, D. R., Kleinman, J.E., and Hyde, T.M. 2006. [$^{125}$I] α-Bungarotoxin binding sites within the human Dorsolateral Prefrontal Cortex (DLPFC), *Society for Neuroscience Abstracts,* Atlanta, Georgia, Oct 14 – 18. 588.16/PP17.

64. **Dávila-García, M.I.**, Adetobi-Oladele, E., Ekejiuba, S., Ononiwu, I.M., Shirahata, M., Caparso, A., Massari, V.J., 2007. Asymmetry in the vagal preganglionic control of ventricular function. *Exp. Biol. Meeting Abstracts* (5312).

65. **Dávila-García, M.I.,** Adetobi, E., Ekejiuba, S.E., Ononiwu, I.M., Shirahata, M., Caparso, A., Massari, V.J. 2007 Asymmetry in the vagal preganglionic control of ventricular function. *New England Science Symposium*, March 2. Boston, Massachusetts.

66. Ekejiuba, S.E., **Dávila-García, M.I**., Adetobi-Oladele, E., Shirahata, M., Caparso, A., V. John Massari. 2007. Differential Distribution of Cardiac Afferents into Nucleus Tractus Solitarius from Intraventricular Septal Ganglion and their colocalization with Substance P. *Howard University Graduate Research.*

67. **Dávila-García, M.I.,** Adetobi, E., Ekejiuba, S.E., Shirahata, M., Caparso, A., Massari, V.J. 2008. Interventriculo-septal ganglion control of right ventricular contractility. *Exp. Biol. Meeting Abstracts*. E268. 1230.1.

68. Feaster, T., Gondré-Lewis, M.C., and **Dávila-García, M.I** 2008. Long-term alterations in glutamate receptors evoked by prenatal nicotine exposure. Annual Research Symposium and Honors Day. Howard University, Washington, DC. March 1.

69. Pass, L., **Dávila-García, M.I.**, Gondré-Lewis, M.C. 2008. Prenatal nicotine exposure alters synapse components in rat prefrontal cortex into adulthood. Annual Research Symposium and Honors Day. Howard University. Washington, DC. March 1. **WON First Prize for "Best Poster & Presentation" in the Undergraduate Category.**

70. Adetobi-Oladele, E., Ekejiuba, S.E., Shirahata, M., Ardell, J.L., Ruble, S., Massari, V.J., and **Dávila-García, M.I.** 2008. Synaptic interaction of substance P-like immunoreactive (SP) terminals with vagal preganglionic neurons controlling right ventricular contractility in the cat heart. 7th Conference of the Specialized Neuroscience research Programs, New York, NY August 19th to August 22nd, 2008.    http://sonhouse.hunter.cuny.edu/snrp/

71. **Martha Isabel Dávila-García**, Jeffrey L Ardell, Elizabeth Adetobi-Oladele, Sussan E. Ekejiuba, and V. John Massari. An interventriculo-septal ganglion mediates the vagal postganglionic control of contractility of the right ventricle of the cat heart.  FASEB J. 2008 22:1230.1.

72. Gondre-Lewis, M.E., **Dávila-García, M.I.,** and Lai, R.L. 2008. Alterations in glutamatergic synapses following brief gestational exposure to nicotine. *Soc. Neurosci. Abst*. 326.2/B56

73. Ekejiuba, S.E., **Dávila-García, M.I**. Adetobi-Oladele, E., Shirahata, M., Ruble, S., V. John Massari. 2009. Differential distribution of cardiac afferents into nucleus tractus solitarius from intraventricular septal ganglion and their colocalization with Substance P. *Howard University Graduate Research.*

74. Fofie, F and **Dávila-García, M.I**. 2010. Correlation between Dopamine Transporters and nicotinic acetylcholine receptors. Howard University Research Day. April 30, 2010

75. Adetobi-Oladele, E., Ekejiuba, S., **Dávila-García, M.I.** and Massari, V.J. 2010 Presynaptic inhibition of cardiac afferents; Ultrastructural Study.  RCMI Meeting.  Nashville, TN. Dec.

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system on this 15th day of September, 2010, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and electronic copies will be emailed to those indicated as non registered participants.

/s/ William D. Hughes
William D. Hughes