UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

UNITED STATES EX REL. JONES, )
)
)
)
Plaintiff, )  CIVIL ACTION
)  NO. 07-11481-WGY
V. )
)
BRIGHAM AND WOMEN'S HOSPITAL, )
MASSACHUSETTS GENERAL HOSPITAL, )
DR. MARILYN ALBERT, & DR. RONALD )
KILLIANY, )
)
)
Defendant. )
)

---

ORDER

YOUNG, D.J.                                          October 6, 2010

After careful consideration of the parties briefs and documents, this Court is prepared to rule. The defendants' motion for summary judgment is GRANTED on all claims. The relator's motion for summary judgment is DENIED on all claims. Judgment is entered on behalf of Brigham and Women's Hospital, Massachusetts General Hospital, Dr. Marilyn Albert, and Dr. Ronald Killiany. Opinion to follow.

SO ORDERED.

William G. Young
District Judge