## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
                                               )
UNITED STATES OF AMERICA, *ex rel.*  )
KENNETH JAMES JONES, Ed.D.,         )
                                               )
        Plaintiff,                         )
                                               )
v.                                                  )  Civil No. 1:07-CV-11481-WGY
                                               )
BRIGHAM AND WOMEN'S HOSPITAL, *et al.*,  )
                                             )
        Defendants.                 )
_____)

## DEFENDANTS' MOTION THAT FURTHER PROCEEDINGS BE CONDUCTED BEFORE UNITED STATES DISTRICT JUDGE WILLIAM G. YOUNG

Defendants Brigham and Women's Hospital ("BWH"), Massachusetts General Hospital ("MGH"), Marilyn S. Albert, and Ronald J. Killiany respectfully request that United States District Court Judge William G. Young retain this case for further proceedings. Pursuant to Local Rule 40.1(K)(2), Defendants submit that in view of Judge Young's knowledge of the extensive record, this session's retention of this case will result in a "substantial saving in the time of the whole court and that there is no reason why, in the interest of justice, further proceedings should be conducted before another judge."

WHEREFORE, Defendants respectfully request that further proceedings be conducted before United States District Court Judge William G. Young.

        Respectfully submitted,

        BRIGHAM AND WOMEN'S HOSPITAL,
        MASSACHUSETTS GENERAL HOSPITAL,
        MARILYN S. ALBERT AND RONALD J.
        KILLIANY

        By their attorneys,

        /s/ Lisa A. Tenerowicz
        Alan D. Rose (BBO# 427280)
        adr@rose-law.net
        Lisa A. Tenerowicz (BBO# 654188)
        lat@rose-law.net
        Rose, Chinitz & Rose
        One Beacon Street, Fourth Floor
        Boston, MA 02108
        Tel:  617-536-0040
        Fax:  617-536-4400

Date:  July 19, 2012

## Certificate Pursuant to Local Rule 7.1(A)(2)

    I hereby certify that undersigned counsel, in good faith, conferred with opposing counsel on July 19, 2012, but we were not able to narrow or resolve the issue raised in this motion.

        /s/ Lisa A. Tenerowicz
        Lisa A. Tenerowicz

## Certificate of Service

      I hereby certify that this document filed through the ECF system on this 19th day of July, 2012, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            /s/ Lisa A. Tenerowicz
                                            Lisa A. Tenerowicz