**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                          )
UNITED STATES OF AMERICA, *ex rel.*       )
KENNETH JAMES JONES, Ed.D.,               )
                                          )
      Plaintiff,                         )
                                          )
v.                                        )   Civil No. 1:07-CV-11481-WGY
                                          )
BRIGHAM AND WOMEN'S HOSPITAL, *et al.*,   )
                                          )
      Defendants.                        )
_____)

**DEFENDANTS' PROPOSED**
**SPECIAL VERDICT FORM**

1. Did Dr. Jones prove that Dr. Killiany falsified scientific data?  _____ Yes   _____ No

    *If "yes," please go to question 2.*

    *If "no," please go to question 4.*

2. Did Dr. Jones prove that Dr. Killiany did so by intentionally exaggerating the re-measurements of the entorhinal cortex?  _____ Yes   _____ No

    *If "yes," please go to question 3.*

    *If "no," please go to question 4.*

3. Did Dr. Jones prove that Dr. Killiany intended to cause proof of a particular scientific hypothesis to emerge from the data?   _____ Yes   _____ No

   *Please go to question 4.*

4. Did Dr. Jones prove that Dr. Killiany or Dr. Albert made false statements in the grant application about having used blinded, reliable methods to produce the results?   _____ Yes   _____ No

   *If you answered "yes" to question 1 or question 4, please go to question 5.*

   *If you answered "no" to question 1 and question 4, you are finished.*

5. Did Dr. Jones prove that any false statements in the grant application were material to the government's decision to fund the grant?   _____ Yes   _____ No

   *If "yes," please go to question 6.*

   *If "no," you are finished.*

6. Did Dr. Jones prove that Dr. Killiany acted knowingly in violating the False Claims Act?   _____ Yes   _____ No

   *Please go to question 7.*

7. Did Dr. Jones prove that Dr. Albert acted knowingly in violating the False Claims Act?  _____ Yes   _____ No

   *If you answered "yes" to question 6 or question 7, please go to question 8.*

   *If you answered "no" to question 6 and question 7, you are finished.*

8. *Please only answer the following question if you answered "yes" to question 6:*

   Please state the amount of any damages that Dr. Jones proved the government sustained because of any false claims by Dr. Killiany.   _____

   *Please go to question 9.*

9. *Please only answer the following question if you answered "yes" to question 7:*

   Please state the amount of any damages that Dr. Jones proved the government sustained because of any false claims by Dr. Albert.   _____

   _____
   Foreman

        Brigham and Women's Hospital,
        Massachusetts General Hospital,
        Marilyn S. Albert, and
        Ronald J. Killiany,

        By their attorneys,


        /s/ Alan D. Rose
        Alan D. Rose (BBO #427280)
        Brian D. Lipkin (BBO #673850)
        Rose, Chinitz & Rose
        One Beacon Street
        Boston, MA  02108
        (617) 536-0040
        Fax: (617) 536-4400
        adr@rose-law.net
        bdl@rose-law.net

Date:  April 4, 2013


**CERTIFICATE OF SERVICE**

On April 4, 2013, I certify that I served this document by filing it through the ECF system and e-mailing it to:

Tracy L. Hilmer
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 261
Washington, DC  20044
tracy.hilmer@usdoj.gov

        /s/ Brian D. Lipkin