**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA, *Ex.* )
*Rel.* KENNETH JAMES JONES )
                                 )
      Plaintiff                )
                                 )
vs.                              )
                                 )  Case No. 1:07-CV-11481-WGY
BRIGHAM AND WOMEN'S     )
HOSPITAL, *et al.*,            )
                                 )
      Defendants       )
_____ )

**RELATOR'S MEMORANDUM OF POINTS AND
AUTHORITIES RE COURT PROPOSED JURY VERDICT FORM**

Relator agrees with the Court's identification of the two claims presented in this case, demonstrated by the two jury verdict questions in the Court's proposed jury form. Relator has two single-word objections to the proposed verdict form.

First, relator objects to the inclusion of the word "intentionally" in Question No. 1. Although the First Circuit included the term "intentionally" twice when it stated relator's claims, the appellate court was clear that, consistent with the express terms of the statute, that the only *scienter* requirement under the Act is "knowledge." *See* Opinion at 48-49. "Intentionality" is not an element of the False Claims Act, and the statute expressly relieves relator of the burden to show a "specific intent to deceive." *See* Opinion at 18 (citing 31 U.S.C. §3729(b)).

Indeed, the appellate court explained that falsification may be found in this case if relator shows that Killiany's revisions substantially deviated from the initial protocol to the point that his initial and new markings were no longer consistent or capable of meaningful comparison. Opinion at 29. This may be done intentionally, knowingly or recklessly. Adding the word "intentionally" to the verdict form confuses the causal connection between the defendants' actions (*e.g.*, to get a claim paid) with an intentional wrong. Neither the appellate court in this case or any portion of the statute shows an intent to change the *scienter* requirement under the Act for this case.

Relator suggests the following modification.  Change "intentionally" to "knowingly" and place in before "falsify" in the sentence, so that it reads:

1.    Did Ronald Killiany knowingly falsify scientific data by exaggerating certain measurements of the EC to cause proof of a particular scientific hypothesis to emerge from the data.

This would cure the issue of *scienter*.  By moving "knowingly" before "falsify," relator includes the appropriate *scienter* requirement and has it modify "falsify."

Relator notes that his proposed verdict form on Question No. 1 is consistent with federal NIH regulations concerning falsification of scientific research.  In particular, 42 CFR  §93.104 refer to misconduct "committed intentionally, knowingly, or recklessly."  Similarly, §93.103 defines "falsification" to include "manipulating research materials, equipment, or processes, or changing or omitting data or results such that the research is not accurately represented in the research record."

With respect to Question No. 2, relator suggests that the Court change "the" to "any" (second word), as relator prevails under the act if any one material statement is false, and should not be held to being required to establish that all such statements were false and material.

Respectfully submitted,

Dated: March 31, 2013

Kohn, Kohn & Colapinto, LLP
Hughes & Nunn, LLP
Law Office of Jeremy L. Friedman

By:/s/Jeremy L. Friedman
Jeremy L. Friedman

Attorneys for *qui tam* plaintiff
Kenneth James Jones

Michael D. Kohn (*Pro Hac Vice*)
David K. Colapinto (BBO No. 551835)
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, DC 20007-2756
Phone: (202) 342-6980
Fax:    (202) 342-6984
Michael Kohn [mk@kkc.com]
David Colapinto [dc@kkc.com]

William D. Hughes (BBO No. 243860)
HUGHES & NUNN LLP
401 "B" Street, Suite 1250
San Diego, CA 92101
Phone: (619) 231-1661
Fax:    (619) 236-9271
William D. Hughes [whughes@HughesNunn.com]

Jeremy L. Friedman (*Pro Hac Vice*)
LAW OFFICE OF JEREMY L. FRIEDMAN
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087
Jeremy L. Friedman [jlfried@comcast.net]

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing

(NEF).

/s/ Jeremy L. Friedman
Jeremy L. Friedman