UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *Ex. Rel.* KENNETH JAMES JONES<br><br>Plaintiff,<br><br>v.<br><br>BRIGHAM AND WOMEN'S HOSPITAL, MASSACHUSETTS GENERAL HOSPITAL, RONALD KILLIANY, MARILYN ALBERT,<br><br>Defendants. | CIVIL ACTION<br>NO. 07-11481-WGY |

## JURY VERDICT

1. Did Dr. Killiany knowingly falsify scientific data by exaggerating certain re-measurements of the EC to cause proof of a particular scientific hypothesis to emerge from the data?

   ____✓____ no          _____ yes

2. Were the statements made in the Grant application about having used blinded, reliable methods to produce the measurements, both material and knowingly false?

   ____✓____ no          _____ yes

_____
Foreman

Date: 4/9/13