UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Civil Action**
**No: 07-cv-11481-WGY**

**JONES et al**
**Plaintiff**

**v.**

**BRIGHAM & WOMEN'S HOSPITAL et al**
**Defendant**

**JUDGMENT**

**This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANTS.**

**Robert M. Farrell**
**Acting Clerk**

**So Approved**

**/s/ William G. Young**
**United States District Judge**

**/s/ Jennifer Gaudet**
**Deputy Clerk**

**May 31, 2013**

**To: All Counsel**