## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *Ex. Rel.* KENNETH JAMES JONES ) ) ) Plaintiff ) ) vs. ) ) BRIGHAM AND WOMEN'S ) HOSPITAL, *et al.* ) ) Defendants ) _____ ) | Case No. 1:07-CV-11481-WGY |

## RESPONSE TO MOTION TO COMPEL PAYMENT OF EXPERT FEES

Defendants' attorneys knew that relator's counsel had agreed to pay Dr. Saykin for time examined in deposition at his hourly rate ($600). At the deposition, the expert was requested to send a statement, bill or email for the 4.5 hours expended in deposition (which included break time). Instead, defendants submitted a bill on Dr. Saykin's behalf seeking to have relator pay for 13.5 hours of the expert's time. Then, without meeting and conferring with counsel to see if any issues could be narrowed or motion avoided, as required by Local Rule 7.1, defendants' counsel filed their motion to compel.

As relator's undersigned counsel informed Mr. Rose on June 27, 2013, relator's counsel has now sent Dr. Saykin a check for $2,700. *See* Attached. Relator expects that defendants will withdraw their motion, and if any need for the Court's involvement is required, after a required conference, re-file a separate request..

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 2, 2013 | Kohn, Kohn & Colapinto, LLP<br>Hughes & Nunn, LLP<br>Law Office of Jeremy L. Friedman |
|  | By:  /s/Jeremy L. Friedman<br>       Jeremy L. Friedman |
|  | Attorneys for qui tam plaintiff<br>Kenneth James Jones |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Jeremy L. Friedman, hereby certify that on June 27, 2013, I conferred with defense counsel and notified him that relator intended to pay Dr. Saykin only for the time in deposition. Mr. Rose did not speak with me about the dispute or telephone me before filing his motion, and if he had, I would have told him of my intention to pay Dr. Saykin the agreed-upon amount.

/s/Jeremy L. Friedman
Jeremy L. Friedman

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that this document was filed through the ECF system of this Court on July 2, 2013. These pleadings will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants.

/s/Jeremy L. Friedman
Jeremy L. Friedman

Michael D. Kohn (*Pro Hac Vice*)
David K. Colapinto (BBO No. 551835)
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, DC 20007-2756
Phone: (202) 342-6980
Fax:    (202) 342-6984
Michael Kohn [mk@kkc.com]
David Colapinto [dc@kkc.com]

William D. Hughes (BBO No. 243860)
HUGHES & NUNN LLP
350 10th Ave, Suite 960
San Diego, CA 92101
Phone: (619) 231-1661
Fax:    (619) 236-9271
William D. Hughes [whughes@HughesNunn.com]

Jeremy L. Friedman (*Pro Hac Vice*)
LAW OFFICE OF JEREMY L. FRIEDMAN
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087
Jeremy L. Friedman [jlfried@comcast.net]

Attorneys for *qui tam* plaintiff and relator
Kenneth James Jones