**From:** Michael Kohn [mailto:mk@kkc.com]
**Sent:** Friday, March 08, 2013 10:13 AM
**To:** Alan Rose Sr
**Cc:** 'William Hughes'; 'Jeremy Friedman'; Date@kkc.com; 04/26/2010 05:; 34 PM
**Subject:** Dr. Davila Garcia

I am forwarding the email I received from Dr. Garcia pertaining to her deposition. Her Tax ID No. is ▮▮▮▮▮▮ and mailing address is 4604 49th Street, NW, Washington, DC 20016.

Regards,
Michael D. Kohn
Kohn, Kohn & Colapinto, LLP
3233 P St. NW
Washington, DC 20007
202-342-6980, Ext. 120
202-342-6984 FAX
mk@kkc.com

---

**From:** Davila-Garcia, Martha I. [mailto:mdavila-garcia@Howard.edu]
**To:** 'Michael Kohn' [mailto:mk@kkc.com]
**Sent:** Fri, 08 Mar 2013 09:57:09 -0500
**Subject:** Davila Garcia supplemental declaration

Kohn, Kohn & Colapinto, LLP
3233 P Street, N.W.
Washington, DC 20007

Mr. Michael Kohn,

Please find enclosed a bill for the time associated with the deposition and subpoena in the Jones case.

1. Searching, printing and organizing documents for subpoena - 3 hours (at $600.00 per hour) $1,800.00
2. Time in deposition - 6.5 hours (at $600.00 per hour) (From 10:00 am to 4:30 pm) $3,900.00
3. Travel time- 1.0 hour (at $600.00 per hour) $ 600.00

TOTAL $6,300.00

Sincerely,

Martha I. Dávila-García, Ph.D.