**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, *Ex.* ) *Rel.* KENNETH JAMES JONES ) <br> ) <br>      Plaintiff ) <br> ) <br> vs. ) <br> ) <br> BRIGHAM AND WOMEN'S ) <br> HOSPITAL, MASSACHUSETTS ) <br> GENERAL HOSPITAL, MARILYN ) <br> ALBERT, RONALD J. KILLIANY, ) <br> and MARIE F. KIJEWSKI, ) <br> ) <br>      Defendants | Case No. 1:07-CV-11481-WGY |

_____

## NOTICE OF APPEAL

Notice is hereby given that Kenneth James Jones, *qui tam* plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment for all defendants entered in this action on the 31st of May, 2013 (Docket No. 244), and the denial of relator's Motions for New Trial, Summary Judgment and Judgment as a Matter of Law entered on July 22, 2013 (Docket No. 261). (Relator's Motions were timely filed June 28, 2013, Docket No. 246.) This appeal includes all interlocutory orders issued in this case, including those that gave rise to the Judgment and denial of relators' motions, and all proceedings in this case, including the jury trial that concluded April 10, 2013.

Respectfully submitted,

Dated: July 31, 2013

Kohn, Kohn & Colapinto, LLP
Hughes & Nunn, LLP
Law Office of Jeremy L. Friedman

By: /s/Jeremy L. Friedman
    Jeremy L. Friedman

Attorneys for *qui tam* plaintiff
Kenneth James Jones

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that this document was filed through the ECF system of this Court on the 31st of July, 2013.  This pleadings will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants.

/s/Jeremy L. Friedman
Jeremy L. Friedman

Michael D. Kohn (*Pro Hac Vice*)
David K. Colapinto (BBO No. 551835)
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, DC 20007-2756
Phone: (202) 342-6980
Fax:     (202) 342-6984
Michael Kohn [mk@kkc.com]
David Colapinto [dc@kkc.com]

William D. Hughes (BBO No. 243860)
HUGHES & NUNN LLP
350 Tenth Ave., Ste. 960
San Diego, CA 92101
Phone: (619) 231-1661
Fax:     (619) 236-9271
William D. Hughes [whughes@HughesNunn.com]

Jeremy L. Friedman (*Pro Hac Vice*)
LAW OFFICE OF JEREMY L. FRIEDMAN
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087
Jeremy L. Friedman [jlfried@comcast.net]

Attorneys for *qui tam* plaintiff and relator
Kenneth James Jones