**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: Jones et al v. Brigham and Women's Hospital et al

District Court Number: 07cv11481-WGY

Fee: Paid? Yes _X_ No ___ Government filer ___ *In Forma Pauperis* Yes ___ No ___

Motions Pending  Yes _X_  No ___          Sealed documents  Yes ___  No _X_
*If yes, document #*  245                  *If yes, document #*

*Ex parte* documents  Yes ___  No _X_      Transcripts  Yes _X_  No ___
*If yes, document #*                       *If yes, document #*  113,115,131,179,188,190

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ___   Other: ___

Appeal from:

#244 Judgment and #261 Order

Other information:

Additional Transcripts: 198,200,207,209,222,223,234,235,240

I, Robert M. Farrell, Acting Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#244, #261, and #263

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 263  filed on July 31, 2013.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 2, 2013.

**ROBERT M. FARRELL**
Acting Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**